## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 7 CASE** |
| | ) | |
| RODRIGUEZ, DORA A | ) | **Case No. 07-09900** |
| | ) | |
| | ) | |
| Debtor. | ) | **HON. EUGENE R. WEDOFF** |

### TRUSTEE'S FINAL REPORT

**To:**   THE HONORABLE BANKRUPTCY JUDGE EUGENE R. WEDOFF

NOW COMES Richard J. Mason, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.     Dora A. Rodriguez, (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the U.S. Bankruptcy Code (the "Code") on June 1, 2007. Richard J. Mason was appointed as the Chapter 7 trustee (the "Trustee") on or about June 1, 2007. The Trustee's case bond is in the amount of $5,000,000.

2.     The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose any discharge of the Debtor. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth in Exhibit 1.

3.      The disposition of estate property is set forth in Exhibit 2.  The property

abandoned, or sought to be abandoned, along with the reasons for such abandonment, is

described in Exhibit 2.

4.      A summary of the Trustee's Final Report as of March 25, 2009 is as follows:

| | | |
|---|---|---:|
| a. | RECEIPTS (See Exhibit 3) | $17,515.44 |
| b. | DISBURSEMENTS (See Exhibit 3) | $300.00 |
| c. | NET CASH available for distribution | $17,215.44 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1. Trustee compensation requested (See Exhibit 5) | $2,501.52 |
| | 2. Trustee Expenses (See Exhibit 5) | $0.00 |
| | 3. Compensation and expenses currently requested by attorney or other professionals for trustee | $8,750.00 |
| e. | Illinois Income Tax for Estate | $0.00 |

5.      The Bar Date for filing unsecured claims expired on October 28, 2008.

6.      All claims filed in this case with the Clerk of the Bankruptcy Court have been

reviewed by the Trustee (See Exhibit 4).  The actual dollar amount of claims allowed and/or

requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative and 28 U.S.C. §1930 claims | $8,750.00 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed Priority Claims | $0.00 |
| e. | Allowed Unsecured Claims | $78,180.24 |

7.      Unsecured creditors will receive a distribution of 7.6284237%.

8.    Total compensation and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorney's, accountant's, or other professional's compensation and expenses requested but not yet allowed is $8,750.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $11,252.00 (See Exhibit 6).

9.    A fee was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of that fee pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: March 25, 2009                    RESPECTFULLY SUBMITTED,


                                         By: /s/  Richard J. Mason
                                             Richard J. Mason, Trustee

## TASKS PERFORMED BY TRUSTEE

1. The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statement of Financial Affairs.

2. The Trustee conducted an examination of the Debtor at the Meeting of Creditors.

3. The Trustee prepared annual reports for the United States Trustee's Office.

4. The Trustee managed the estate's cash on hand, including investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

5. The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

6. The Trustee retained counsel and monitored the sale of the Debtor's half interest in the property commonly known as, 2634 North 72nd Street Court, Elmwood Park, IL 60707, resulting in a recovery for the estate.

7. The Trustee reviewed the claims filed in this case.

8. The Trustee prepared this Trustee's Final Report.

**EXHIBIT 1**

# EXHIBIT 2

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 07-09900 ERW | | Trustee: | (330470)   RICHARD J. MASON |
| Case Name: | RODRIGUEZ, DORA A | | Filed (f) or Converted (c): | 06/01/07 (f) |
| | | | §341(a) Meeting Date: | 07/02/07 |
| Period Ending: | 03/24/09 | | Claims Bar Date: | |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property<br>Buyout of Debtor's Interest - $17,500.00 | 160,000.00 | 160,000.00 | | 17,500.00 | FA |
| 2 | CASH ON HAND | 10.00 | 10.00 | | 0.00 | 10.00 |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 600.00 | 600.00 | | 0.00 | 600.00 |
| 4 | BOOKS AND ART OBJECTS | 200.00 | 200.00 | | 0.00 | 200.00 |
| 5 | WEARING APPAREL AND JEWELRY | 300.00 | 300.00 | | 0.00 | 300.00 |
| 6 | AUTOMOBILES AND OTHER VEHICLES | 10,615.00 | 10,615.00 | | 0.00 | 10,615.00 |
| 7 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 500.00 | 500.00 | | 0.00 | 500.00 |
| Int | INTEREST (u) | Unknown | N/A | | 15.44 | Unknown |
| 8 | **Assets    Totals  (Excluding unknown values)** | **$172,225.00** | **$172,225.00** | | **$17,515.44** | **$12,225.00** |

Major Activities Affecting Case Closing: 

Initial Projected Date Of Final Report (TFR):                    Current Projected Date Of Final Report (TFR):

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| DORA A. RODRIGUEZ, | ) | Case No. 07-09900 |
| | ) | |
| Debtor. | ) | Judge Eugene R. Wedoff |
| | ) | Hearing Date: May 28, 2008 |
| | ) | Hearing Time: 9:30 a.m. |

## AGREED ORDER APPROVING SALE AND PROVIDING OTHER RELIEF

On Motion of Richard J. Mason, trustee herein ("Trustee"), for approval of the Sale of the Trustee's right, title and interest in the real property described below and for other relief, due notice of the motion having been given to all parties entitled thereto, and it appearing from said motion and from statements of counsel that for the reasons therein set forth it is in the best interests of creditors and this estate that the sale be approved and the Court being fully advised in the premises;

**IT IS HEREBY AGREED AND ORDERED:**

1.     The sale by the Trustee of this estate's right, title and interest, if any, in the property and improvements located at 2634 N. 72nd Court, Elmwood Park, Illinois, 60707 ("Property") to Ronis A. Rodriguez ("Ronis") for the sum of $17,500.00 on the terms and conditions herein described is hereby approved and confirmed in all respects.

2.     The sale shall be "as is" and "where is", without representations or warranties of any kind.

3.     The sale shall be subject to any and all liens and encumbrances including, without limitation, the following:

    a.    The mortgage in favor of Wells Fargo Bank, N.A. and/or any other applicable mortgagor;

    b.    Any and all judgment(s) or other liens on the Property; and

    c.    All real estate taxes on the Property.

4.    No lienor, except to the extent, if any, their claim is an unsecured claim, shall be entitled to participate in any manner in any or all of the proceeds realized by the Trustee from the sale;

5.    Ronis has remitted the sum of $17,500.00 ("Funds") to the Trustee and the Trustee may retain the Funds for the benefit of this estate ("Estate");

6.    The Debtor has agreed that she will make no claim against the Funds, and expressly waives her homestead claim against the Funds and/or any other monies which may come into the Estate;

7.    The Trustee, after this sale closes, is further authorized to remit up to $300.00 to Coldwell Banker Residential Brokerage, 1959 North Halsted Street, Chicago, Illinois, to compensate it for services rendered in accessing the value of the Property; and

8.    The Trustee is authorized to execute and deliver to Ronis or his designee, a trustee's quitclaim deed, together with such other documents, if any, as shall be reasonably required to evidence such sale, provided, however, that any and all expenses or obligations incurred in connection with the sale, excluding the Trustee's legal fees and expenses, but including, without limitation, title expenses, legal expenses of buyer, recording expenses and costs of revenue stamps

2

shall be borne solely by Ronis and no portion of such expenses shall be borne by, or charged to the

Trustee or the Estate.

AGREED TO:

**RICHARD J. MASON, as Trustee for the**        **DORA A. RODRIGUEZ**
**Estate of Dora A. Rodriguez**

By: _____        By: _____
Ira P. Goldberg, one of his attorneys        Dora A. Rodriguez

Dated: _____        Dated: _____

**RONIS ●. RODRIGUEZ**

By: _____
Ronis A. Rodriguez

Dated: _____

DATE: __2 8 MAY 2008__        ENTERED: _____
                                The Honorable Eugene R. Wedoff
                                United States Bankruptcy Judge

Order prepared by:
Ira P. Goldberg (ARDC# 6185512)
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: 847-698-9600
Fax: 847-698-9623
Email: igoldberg@dimontelaw.com

C:\MyFiles\IPG\Richard Mason\Rodriguez, Dora\Orders\Order Approving Sale 3-18-08.wpd        3

# EXHIBIT 3

Page: 1

# Form 2
# Cash Receipts And Disbursements Record

Case Number: 07-09900 ERW
Case Name: RODRIGUEZ, DORA A
Taxpayer ID #: 13-7601945
Period Ending: 03/24/09

Trustee: RICHARD J. MASON (330470), JPMORGAN CHASE BANK, N.A.
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****12-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/20/08 | {1} | Ronis Rodriguez | Buyout of Debtor's Interest | 1110-000 | 17,500.00 | | 17,500.00 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.64 | | 17,500.64 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.22 | | 17,502.86 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.22 | | 17,505.08 |
| 08/19/08 | 1001 | Coldwell Banker Residential Brokerage | | 3711-000 | | 300.00 | 17,205.08 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.08 | | 17,207.16 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.26 | | 17,209.42 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.87 | | 17,211.29 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.35 | | 17,212.64 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.22 | | 17,213.86 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 17,214.56 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 17,215.21 |
| 03/10/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.23 | | 17,215.44 |
| 03/10/09 | | JPMORGAN CHASE BANK, N.A. | To Account #*******1266 | 9999-000 | | 17,215.44 | 0.00 |

|  | | Receipts | Disbursements | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 17,515.44 | 17,515.44 | $0.00 |
| Less: Bank Transfers | | 0.00 | 17,215.44 | |
| Subtotal | | 17,515.44 | 300.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $17,515.44 | $300.00 | $0.00 |

## Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-09900 ERW
**Case Name:** RODRIGUEZ, DORA A

**Taxpayer ID #:** 13-7601945
**Period Ending:** 03/24/09

**Trustee:** RICHARD J. MASON (330470)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****12-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/09 | | From Account #********1265 | | 9999-000 | 17,215.44 | 0.00 | 17,215.44 |
| | | | **ACCOUNT TOTALS** | | 17,215.44 | 0.00 | $17,215.44 |
| | | | Less: Bank Transfers | | 17,215.44 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

Page: 3

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-09900 ERW | Trustee: | RICHARD J. MASON (330470) |
| Case Name: | RODRIGUEZ, DORA A | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****12-67 - Money Market Account |
| Taxpayer ID #: | 13-7601945 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/24/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| {No Transactions on File for this Period} | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| MMA # ***-*****12-65 | | 17,515.44 | 300.00 | 0.00 |
| Checking # ***-*****12-66 | | 0.00 | 0.00 | 17,215.44 |
| MMA # ***-*****12-67 | | 0.00 | 0.00 | 0.00 |
| | | $17,515.44 | $300.00 | $17,215.44 |

() Asset reference(s)

Printed: 03/24/2009 02:57 PM    V.11.03

# Form 2

## Cash Receipts And Disbursements Record

Case Number: 07-09900 ERW
Case Name: RODRIGUEZ, DORA A

Taxpayer ID #: 13-7601945
Period Ending: 03/24/09

Trustee: RICHARD J. MASON (330470)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****12-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/20/08 | | Ronis Rodriguez | Buyout of Debtor's Interest | 1223-000 | 17,500.00 | | 17,500.00 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.64 | | 17,500.64 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.22 | | 17,502.86 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.22 | | 17,505.08 |
| 08/19/08 | 1001 | Coldwell Banker Residential Brokerage | | 3711-000 | | 300.00 | 17,205.08 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.08 | | 17,207.16 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.26 | | 17,209.42 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.87 | | 17,211.29 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.35 | | 17,212.64 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.22 | | 17,213.86 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 17,214.56 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 17,215.21 |
| 03/10/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.23 | | 17,215.44 |
| 03/10/09 | | JPMORGAN CHASE BANK, N.A. | To Account #*******1266 | 9999-000 | | 17,215.44 | 0.00 |

| | | | | ACCOUNT TOTALS | 17,515.44 | 17,515.44 | 0.00 |
| | | | | Less: Bank Transfers | 0.00 | 17,215.44 | |
| | | | | Subtotal | 17,515.44 | 300.00 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | NET Receipts / Disbursements | $17,515.44 | $300.00 | $0.00 |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-09900 ERW
**Case Name:** RODRIGUEZ, DORA A

**Taxpayer ID #:** 13-7601945
**Period Ending:** 03/24/09

**Trustee:** RICHARD J. MASON (330470)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****12-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/09 | | From Account #*******1265 | | 9999-000 | 17,215.44 | 0.00 | 17,215.44 |
| | | | **ACCOUNT TOTALS** | | 17,215.44 | 0.00 | $17,215.44 |
| | | | Less: Bank Transfers | | 17,215.44 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-09900 ERW |
|---|---|
| Case Name: | RODRIGUEZ, DORA A |
| Taxpayer ID #: | 13-7601945 |
| Period Ending: | 03/24/09 |

| Trustee: | RICHARD J. MASON (330470) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****12-67 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| {No Transactions on File for this Period} | | | | | | | |

|  |  | Receipts $ | Disbursements $ | Money Market Account Balance |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****12-65 | 17,515.44 | 300.00 | 0.00 |
| Checking # ***-*****12-66 | 0.00 | 0.00 | 17,215.44 |
| MMA # ***-*****12-67 | 0.00 | 0.00 | 0.00 |
| | $17,515.44 | $300.00 | $17,215.44 |

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

May 21, 2008 through May 30, 2008
Account Number: **000312891901265**

---

**CUSTOMER SERVICE INFORMATION**

Service Center:                    **1-800-634-5273**

00016902 DBI 802 24 15408 - NNNNN  1 000000000 60 0000
07-09900 RODRIGUEZ DORA A
DEBTOR
330470 RICHARD MASON TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004



---

## SAVINGS SUMMARY    Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$0.00** |
| Deposits and Additions | 2 | 17,500.64 |
| **Ending Balance** | **2** | **$17,500.64** |
| Interest Paid This Period |  | $0.64 |
| Interest Paid Year-to-Date |  | $0.64 |

This account earns interest daily and the current interest rate is 0.15%.

The total interest paid this year is $0.64.

---

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/21 | Deposit        100001 | $17,500.00 |
| 05/30 | Interest Payment | 0.64 |
| **Total Deposits and Additions** |  | **$17,500.64** |

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

August 30, 2008 through September 30, 2008
Account Number: **000312891901265**

---

## CUSTOMER SERVICE INFORMATION

| Service Center: | **1-800-634-5273** |
|---|---|

00016760 DBI 802 24 27508 - NNNNN  1 000000000 60 0000
07-09900 RODRIGUEZ DORA A
DEBTOR
330470 RICHARD MASON TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004



---

## SAVINGS SUMMARY    Bankruptcy Business Money Market

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$17,507.16** |
| Deposits and Additions | 1 | 2.26 |
| Checks Paid | 1 | - 300.00 |
| **Ending Balance** | **2** | **$17,209.42** |
| | | |
| Interest Paid This Period | | $2.26 |
| Interest Paid Year-to-Date | | $9.42 |

This account earns interest daily and the current interest rate is 0.15%.

The total interest paid this year is $9.42.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | Interest Payment | $2.26 |
| **Total Deposits and Additions** | | **$2.26** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1001 | 09/08 | $300.00 |
| **Total Checks Paid** | | **$300.00** |

**JPMorganChase** ⬤

August 30, 2008 through September 30, 2008

Account Number: **000312891901265**

ACCOUNT # 000312891901265
RODRIGUEZ DORA A
07-09900

**IMAGES**





005780554661 SEP 08 #0000001001 $300.00

005780554661 SEP 08 #0000001001 $300.00

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 7 CASE** |
| | ) | |
| **RODRIGUEZ, DORA A** | ) | **CASE NO. 07-09900** |
| | ) | |
| | ) | |
| Debtor. | ) | **HON. EUGENE R. WEDOFF** |

**PROPOSED DISTRIBUTION REPORT**

I, RICHARD J. MASON, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that, based on my review, I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---|
| Secured Claims | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 11,251.52 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 5,963.92 |
| Surplus To Debtor: | $ | 0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ | 17,215.44 |

**EXHIBIT 4**

**DISTRIBUTION REPORTS**                                                    **PAGE 2**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $11,251.52 | 100% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| N/A | RICHARD J. MASON, Trustee | $2,501.52 | $2,501.52 |
| N/A | DiMonte & Lizak, LLC | $8,750.00 | $8,750.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT (INCLUDING EMPLOYER-PAID TAX)** | **DIVIDEND AMOUNT (NET OF EMPLOYEE-PAID & EMPLOYER-PAID TAX)** |

**DISTRIBUTION REPORTS**                                                                      **PAGE 3**

| TYPE | ALLOWANCE | DIVIDEND |
|---|---|---|

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $2,000.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $900.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(7) - Alimony | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF | FINAL |
|---|---|---|---|

**DISTRIBUTION REPORTS**

|  | | CLAIMS | DIVIDEND% |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**DISTRIBUTION REPORTS**                                                                    **PAGE 5**

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $78,180.24 | 7.6284237% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Orix Financial Services Inc. | $77,488.57 | $5,911.15 |
| 3 | LVNV Funding LLC | $691.67 | $52.76 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

None

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: March 25, 2009

By: /s/ Richard J. Mason
RICHARD J. MASON, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | **CHAPTER 7 CASE** |
|  | ) |  |
| **RODRIGUEZ, DORA A** | ) | **Case No. 07-09900** |
|  | ) |  |
|  | ) |  |
| Debtor. | ) | **HON. EUGENE R. WEDOFF** |

### COVER SHEET FOR APPLICATION FOR
### PROFESSIONAL COMPENSATION

Name of Applicant:   **Richard J. Mason, Trustee**

Authorized to Provide Professional Services to:  **Estate of Dora A Rodriguez**

Date of Order Authorizing Employment:  **June 1, 2007**

Period for Which Compensation is Sought:  From **June 1, 2007** through **Close of Case**

Amount of Fees Sought:            **$2,501.52**

Amount of Expense Reimbursement Sought:        **$0.00**

This is an:  ___ Interim Application    _X_ Final Application

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

### EXHIBIT 5

The amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is $0.00.

Date: March 25, 2009          Applicant: _/s/ Richard J. Mason_____
                                            Richard J. Mason, Trustee

Richard J. Mason, P.C. (ARDC #01787659)
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois  60601-1815
(312) 849-8100

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| RODRIGUEZ, DORA A | ) | Case No. 07-09900 |
| | ) | |
| | ) | |
| Debtor. | ) | HON. EUGENE R. WEDOFF |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:    THE HONORABLE  EUGENE R. WEDOFF,
        BANKRUPTCY JUDGE

NOW  COMES  Richard J. Mason, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,502.00.

### I.    COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $17,215.44.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $1,251.52 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $0.00 | ($47,500.00 maximum) |
| 3% of balance | $0.00 | |
| TOTAL COMPENSATION | $2,501.52 | (See Exhibit 5a) |

### II.    TRUSTEE'S EXPENSES

| | |
|---|---|
| TOTAL EXPENSES | $0.00 |

### EXHIBIT 5

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 25th day of March, 2009.

/s/ Richard J. Mason
RICHARD J. MASON, Trustee
McGuireWoods LLP
77 West Wacker Drive
Suite # 4100
Chicago, IL 60601-1815
(312) 849-8100

# McGuireWoods

**Richard J. Mason PC**
**312.750.3527**

**77 West Wacker Drive, Suite 4100**
**Chicago, Illinois 60601-1818**

### REMITTANCE COPY
### PLEASE RETURN WITH PAYMENT
### DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202

February 19, 2009

Richard J. Mason, as Trustee of the
Bankruptcy Estate of Dora Rodriguez

Tax ID No. 54-0505857

RE:   Bankruptcy Estate of Dora Rodriguez
      Our File No. 5017646-0012

## FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

| | | | |
|---|---|---|---|
| 5/15/08 | Kimberly McFarland | E-mail correspondence with Ira Goldberg re: Dora Ridriguez | .10 |
| 5/28/08 | Kimberly McFarland | Read Ira Goldberg's e-mails re: Dora Rodriguez | .20 |
| 5/29/08 | Kimberly McFarland | Telephone conference with Chase Bank representative regarding Dora Rodriguez | .20 |
| 6/9/08 | Kimberly McFarland | Read Ira P. Goldberg's e-mail regarding debtor Dora Rodriguez | .10 |
| 6/13/08 | Kimberly McFarland | Read Ira Goldberg's e-mail regarding debtor, Dora Rodriguez | .10 |
| 7/17/08 | Kimberly McFarland | E-mail correspondence to Ira Goldberg re Debtor Dora Rodriguez | .10 |
| 7/25/08 | Kimberly McFarland | E-file Asset Report in the Rodriguez case | .30 |
| 7/11/08 | Kimberly McFarland | Read Ira Goldberg's e-mail regarding debtor, Dora Rodriguez | .10 |
| 8/19/08 | Kimberly McFarland | Prepare check payable to Coldwell Banker Residential Brokerage re Dora A. Rodriguez | .70 |
| 8/20/08 | Kimberly McFarland | Draft letter to Coldwell Banker to include with check | .50 |
| 9/8/08 | Kimberly McFarland | Read Ira Goldberg's e-mails re Dora Ridriguez and Wayne Ferrari (3x) (.3); e-mail correspondence to Ira Goldberg re Dora Rodriguez (.2) | .50 |
| 02/12/09 | Kimberly McFarland | Working on final report. | .6 |
| 2/18/09 | Richard J. Mason PC | At various times conducting meeting of creditors; conferring with counsel and | 3.0 |

**McGuireWoods LLP**

reviewing bank statements and final report

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Richard J. Mason PC | $600.00 | 3.0 | $1,800.00 |
| Kimberly McFarland | $195.00 | 3.6 | $ 702.00 |
| TOTAL FEES | | | $2,502.00 |

Total Fees for Matter:                  $2,502.00

**EXHIBIT 5A**

McGuireWoods LLP

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Dora A. Rodriguez, | ) | Case No. 07-09900 |
| | ) | |
| Debtor. | ) | Judge Eugene R. Wedoff |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicants:          **DiMonte & Lizak, LLC Counsel to Trustee ("D&L")**

Authorized to Provide
Professionals Services to:    **Trustee**

Date of Order Authorizing Employment:    **September 5, 2007 (Retroactive August 6, 2007)**

Period for Which
Compensation is Sought:    **August 6, 2007 through close of case**

Amount of Fees Sought:    **$8,750.00 (Reduced by or more than $ 1,700)**

Amount of Expenses
Reimbursement Sought:    **$0.00**

Total:    **$8,750.00**

This is an _____ Interim Application          __X__ Final Application

If this is not the first application filed herein by the this professional, disclosures as to all prior
fee applications: N/A

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

The amount of fees and expenses paid to the Applicant to date of services rendered and expenses incurred herein is: N/A

Date: November 17  , 2008

Applicant: _____DiMonte & Lizak, LLC_____

By: _____/s/ Ira P. Goldberg_____

Ira P. Goldberg
ARDC#: 6185512
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: 847-698-9600
Fax: 847-698-9623
Email: igoldberg@dimontelaw.com

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Dora A. Rodriguez, | ) | Case No. 07-09900 |
| | ) | |
| Debtor. | ) | Judge Eugene R. Wedoff |

### FIRST AND FINAL APPLICATION TO THE COURT
### OF DIMONTE & LIZAK, LLC, FOR ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF
### EXPENSES AS COUNSEL FOR THE TRUSTEE

DiMonte & Lizak, LLC ("D&L"), counsel for Richard J. Mason, the trustee ("Trustee") in the above-referenced Chapter 7 proceeding, requests the entry of an order for allowance of final compensation in the amount of $8,750.00 (D&L has voluntarily reduced its fee request by over $1,700.00 in an attempt to generate a higher distribution to general unsecured creditors), and reimbursement of expenses of $0.00. In support thereof, D&L respectfully states as follows:

### I. NARRATIVE SUMMARY

1.      On or about June 1, 2007, Dora A. Rodriguez ("Debtor") filed a voluntary Chapter 7 petition.

2.      Richard J. Mason is the duly appointed and acting Trustee of the estate of the Debtor.

3.      For the convenience of this Court and other parties in interest, summary sheets disclosing additional information, including, but not limited to the following, are attached hereto and incorporated herein as Exhibit **A**.

(a)     Previous requests, if any, for fees and expenses herein;

(b)     Previous awards, if any, of fees and expenses herein;

(c)     .Disclosures related to professionals and para-professionals who have worked on this case;

1

(d)    Calculations of both the blended rates of the attorneys involved in this case as well as a separate calculation of the blended rates of both attorneys and para-professionals; and

(e.)    Disclosures regarding the financial condition of this estate ("Estate").

4.    The normal hourly rates charged by the principals, associates, and the legal assistants of D&L for the period covered by this application is as follows:

| | |
|---|---|
| Ira P. Goldberg (Developmental Partner) | $295.00 - $310.00 [1] |
| Richard L. Laubenstein (Developmental Partner) | $300.00[2] |

## II. CASE STATUS

5.    Professionals have been retained. The attorneys are Ira P. Goldberg and Di Monte & Lizak, LLC as legal counsel for the Trustee. To date approximately $17,500.00 in funds have been recovered based solely on the efforts of the Trustee. If not for the efforts of the Trustee and his counsel, this would have been a no-asset case.

## III. PROJECT SUMMARIES

6.    For the time period covered by this application D&L provided a wide variety of legal services to the Trustee. The services which were performed by D&L during such time period are categorized and described in detail on an itemized statement attached hereto and made part of as Exhibit **B.** At the end of each category, there is a list, for each attorney or paraprofessional who worked on that matter, of the total number of hours (with dollar value) spent on that matter. The following is a statistical overview of the services performed by D&L for which it seeks compensation which includes the approximate hours expended by D&L for which it seeks compensation, the approximate value of those services and the amount of fees previously received

---

[1] Rates actually charged averaged about $255.00 per hour, based upon the over $1,700.00 voluntary reduction.

[2] See Footnote 1.

by D&L:

| Name of Services | Approximate | Value | Previous Hours (N/A) | Fees Previously Received (N/A) |
|---|---|---|---|---|
| 1. Case Administration | 5.3 hrs | $ 1,622.00 | N/A | N/A |
| 2. Creditors & Claims; | 1.8 hrs | $ 558.00 | N/A | N/A |
| 3. Discovery & Investigation | 24.20 hrs | $ 7,362.00 | N/A | N/A |
| 4. Closing of Case | 3.00 hrs | $ 930.00 | N/A | N/A |
| TOTAL (Before Reduction) | 34.3 hrs | $10,472.00 | N/A | N/A |
| **TOTAL (After Voluntary Reduction)** | | **$ 8,750.00** | | |

7.    The following is a factual summary of the services provided and in certain cases the results achieved from on or about August 6, 2007 through the anticipated closing of this case:

(a)    **Case Administration:** D&L expended 5.3 hours of time related to this category. The work in this category includes, but is not limited to, preparing and appearing on motion to retain counsel; corresponding with the Trustee and his paralegal about the status of the case; corresponding further with the Trustee regarding the need, if any, for an accountant; corresponding with Barry Steinberg to inquire whether accounting services are necessary for this estate, and receiving his answer that such services are not required. Detailed time entries related to the compensation sought for Case Administration are contained in Exhibit **B**.

(b)    **Creditors and Claims:** D&L expended 1.8 hours of time related to this category of work. The work in this category includes, but is not limited to, reviewing claims filed on ECF; corresponding with Trustee and his paralegal to set a bar date for Claims; conferring with Harold Stotland, counsel for Orix Financial Services Inc., and obtained his agreement to withdraw a secured claim against this Estate, thereby leaving his client with unsecured claim in the amount of approximately $77,500.00. Detailed time entries related to the compensation sought for Creditors

3

and Claims are contained in Exhibit **B**.

      (c)    **Discovery and Investigation:** D&L expended 24.2 hours of time related to this category of work. The work in this category includes, but is not limited to, investigating and reviewing the file online to determine which potential assets warranted future inquiries; determining that the only potential asset in this case was related to the Debtor's apparent half interest in the property commonly known as 2634 N. 72nd Court, Elmwood Park, Illinois, 60707 ("Property"); discussing the same with the Trustee; arranging for a real estate agent to view the Property and provide a ballpark valuation; investigating alleged liens on the Property; negotiating a waiver of the Debtor's homestead as agreed condition to the sale of the Property to her brother Ronis Rodriguez; negotiating an agreed order related to the sale of the Property; preparing and appearing on a sale motion, and closing said sale. Detailed time entries related to the compensation sought for Discovery and Investigations are contained in Exhibit **B**.

      (d)    **Closing of Case:** D&L has partially expended and anticipates expending at least 3.00 hours of time related to this category of work. The work in this category involves and is anticipated to primarily involve the following: 1) preparation and presentation of fee applications; 2) discussions with the Trustee and parties in interest related to the closing of this case, and 3) appearances in court related to the closing of this case[3]. Detailed time entries related to the compensation sought for Closing of Case are contained in Exhibit **B**.

      8.    All of the services referred to hereinabove were reasonably necessary to be performed in order that:

      (a)    The interest of the estate and its creditors be adequately represented and defended; and

      (b)    To maximize the recovery to this estate and its creditors.

---

[3] D&L estimates it has or will expend over 3.0 hours of time related to this category of work, including work on fee petitions.

4

## IV. <u>COMPUTATION OF COMPENSATION</u>

9.      The services performed from August 6, 2007 through the anticipated closing of this case required and are anticipated to require a total time expenditure of over 34.3 hours on the part of the principals, associates and legal assistants of D&L. The services which D&L is seeking compensation are set forth with particularity at Exhibit <u>B.</u> Based on the nature, the extent and value the services for which D&L is seeking compensation, the time spent on such services and cost of comparable services other than those in the case under this title, such services have a value of at least $10,472.00, however D&L has voluntarily reduced its request to $8,750.00.

## V. <u>EXPENSES</u>

10.      In addition, D&L incurred certain reasonable necessary additional expenses during its representation of the Trustee in the amount of $0.00 (a file set up fee of $25.00 has been written off). Moreover, as an additional overview for the court, D&L provides the following information respecting the method it uses to record and charge various types of expenses:.

(a)      <u>Telecopier Transmittals</u>: D&L does not charge for telecopier transmittals unless they are extraordinary.

(b)      <u>Delivery Services</u>: Any persons wishing to engage either local messenger or overnight services must fill out a delivery service slip, which requires the inclusion of client and matter numbers. These slips are then sent to the D&L accounting department, where the data is entered by client and matter number into the D&L computer. D&L's delivery charges are for actual out-of-pocket expenses only.

(c)      <u>Photocopying</u>: Photocopying may be accomplished in one of two ways at D&L: There are photocopying machines, controlled by computer key pads on every floor. Small copying jobs are not charged. For larger jobs, the person wishing to make copies bills it to the client and

5

matter number to which the job must be charged. Very large copying jobs are usually sent to an outside copy service. D&L traditionally charges 0.20¢ per page for photocopying and if that fee is not fully paid it is typically charged to the originating attorney. D&L has not charged for any photocopies in this matter.

(d)    **Long distance telephone**: Long distance telephone calls are not charged unless extraordinary.

## VI. CERTIFICATION

11.    D&L certifies that the Trustee has received and reviewed this application for compensation and reimbursement of expenses. D&L also certifies that the Trustee has approved this application.

## VII. SERVICE

12.    This matter will be noticed for hearing along with the final report.

**WHEREFORE,** D & L prays that an Order be entered respecting this application, after such notice and hearing as is required by the Court:

(a)    Granting a first and final allowance of D&L respecting services first requested in this Application in the amount of $8,750.00 and reimbursement of expenses to D&L respecting expenses first requested in this Application in the amount of $0.00 (collectively, the "Allowance").

(b)    Authorizing and directing the Trustee to pay the Allowance; and

(c)    Granting such other and further relief as this Court deems just and equitable.


Dated: November 17, 2008.

                                        Respectfully Submitted,

                                        DiMonte & Lizak, LLC


                                   By: /s/ Ira P. Goldberg_____
                                        Ira P. Goldberg, One of its agents


Ira P. Goldberg (ARDC# 6185512)
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: (847) 698-9600
Fax: (847) 698-9623
Email: igoldberg@dimontelaw.com


7

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Dora A. Rodriguez, | ) | Case No. 07-09900 |
| | ) | |
| Debtor. | ) | Judge Eugene R. Wedoff |

## SUMMARY OF DIMONTE & LIZAK, LLC'S
## FEE APPLICATION AND ADDITIONAL DISCLOSURES

1.   Name of Applicant:                         DiMonte & Lizak, LLC

2.   Role of Applicant:                         Counsel for Trustee

3.   Name of Certifying
     Professional:                              Ira P. Goldberg

4.   Name of Person/Entity
     Reviewing Petition:                        Richard J. Mason, Trustee

5.   Result of Petition Review:                 _X_ Approved ____ Disapproved

6.   Explanation of Disapproval:                Not Applicable

7.   Is Compensation Being
     Sought Pursuant to
     11 U.S.C. § 503(b)?                        ____ Yes _X_ No

8.   Terms of Employment                        Hourly rates/ 11 U.S.C. § 330, et seq.
                                                As per court order.

9.   Promised Payment:                          N/A

10.  Source(s) of Compensation:                 Monetary recoveries of the Estate.

11.  Terms of Any Retainer:                     N/A

12.  Applicable caps
     on compensation or
     other charges:                             N/A

                                                             **EXHIBIT A**

13.  Is compensation being

sought less than 120 days
after the order for relief:                    ___ Yes  _X_ No

14.   Date and terms of order,
      if any, allowing shortened
      interval for fee petitions:              N/A

15.   Date of Fee Application:                 At final meeting

16.   Dates of Services                        August 6, 2007 through
      Reimbursement Sought:                    and including the closing of this case

17.   Total Gross Amount of
      Requested Professional
      Fees (from Exhibit B)                    $8,750.00 (Reduced from about $10,472.00)

18.   Remaining Non-Awarded
      Fee Retainer Received                    N/A

19.   Remaining Non-Awarded
      Professional Fee Payments
      From Other Sources                       N/A

20.   TOTAL "NET" AMOUNT
      OF REQUESTED
      PROFESSIONAL FEE                         $8,750.00

21.   Total Gross Amount of Requested
      Reimbursement of Disbursements
      and Expenses (from Exhibit C)            $0.00

22.   Remaining Non-Awarded
      Cost Retainer Received                   $ N/A

23.   Remaining Non-Awarded
      Other Cost Payments                      $ N/A

24.   TOTAL "NET" AMOUNT
      OF REQUESTED
      DISBURSEMENT                             $0.00

25.   TOTAL NET REQUESTED

AWARD (FEES & COSTS
FOR  FEE APPLICATION)                          $8,750.00

## CASE INFORMATION

| | | |
|---|---|---|
| 1. | Date Case Filed: | June 1, 2007 |
| 2. | Date of Order Approving Professional Employment: | September 5, 2007 (Retroactive to August 6, 2007) |
| 3. | Date Services Commenced: | On or about August 6, 2007 |
| 4. | Date(s) and Source(s) of Retainer: | N/A |
| 5. | Total Amount of Fee Retainer Received: | N/A |
| 6. | Total Amount of Cost Retainer Received: | N/A |
| 7. | Date of Disclosure of Compensation (FRBP 2016): | N/A |
| 8. | Date Plan Filed: | N/A |
| 9. | Date Disclosure Statement Filed: | N/A |
| 10. | Expected Date of Plan Filing: | N/A |
| 11. | Expected Date of Disclosure Statement Filing: | N/A |
| 12. | Have All Quarterly Fees Been Paid to the United States Trustee?: Explanation: | N/A |
| 13. | Have all monthly operating reports been filed?: Explanation: | N/A |

| | | | |
|---|---|---|---|
| 14. | Cash on Hand | | Approx. $17,500.00 |
| 15. | Unencumbered Funds on Hand | | Approx. $17,500.00 |
| 16. | Accrued Administrative Expenses | | $ Unknown |
| | a. | Attorney Fees and Expenses: | $ Unknown - Fee Applications Pending |
| | b. | DIP Obligations: | $ NONE |
| | c. | Accountants Fees and Expenses | $ Undetermined |
| | d. | Requested Chapter 7 Trustee Fee | $ Undetermined |
| | e. | Chapter 11 Trustee Fee | $ N/A |
| | f. | Other: | $ Total unknown |
| 17. | Total Prior Interim Professional Fees Awarded | | $ N/A |
| 18. | Total Prior Interim Expenses Awarded: | | $N/A |
| 19. | Total Professional Fee Payments From Other Sources: | | $N/A |
| | (a) | (Date: _____; $_____) | |
| 20. | Total Cost Payments From Other Sources: | | $N/A |
| | (a) | (Date: _____; $_____) | |
| | (b) | (Date: _____; $_____) | |

**EXHIBIT A - SUMMARY SHEET**

| In Re: | ) | | Fees Previously Requested | $-0- |
| | ) Chapter 7 | | Fees Previously Awarded | $-0- |
| Dora A. Rodriguez, | ) 07-09900 | | Expenses Previously Requested | $-0- |
| | ) | | Expenses Previously Awarded | $-0- |
| | ) | | Retainer Paid | $-0- |
| Debtor. | ) Hon. Eugene R. Wedoff | | NAME OF APPLICANT: | DiMonte & Lizak, LLC |
| | ) Bankruptcy Judge | | ROLE IN THE CASE: | Role in Case: Counsel for the Trustee |

CURRENT APPLICATION:

| Fees Requested: | $8,750.00 |
| Expenses Requested: | $   0.00 |
| Total: | $8,750.00 |

**FEE APPLICATION**

| NAMES OF PROFESSIONALS/ APPLICATION PARAPROFESSIONALS | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL |
|---|---|---|---|---|
| **ATTORNEYS** | | | | |
| Ira P. Goldberg (Developmental Partner) | 1983 | 33.80 | $295.00-$310.00 | $10,322.00 |
| Richard L. Laubenstein (Developmental Partner) | 1986 | 0.50 | $300.00 | $150.00 |
| Total: | | 34.30 | | $10,472.00 |
| | | Less Voluntary Reduction | | $(1,722.00) |
| | | | | $8,750.00 |
| | | **TOTAL BLENDED HOURLY RATE:** | | $255.10 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

November 7, 2008

RICHARD J MASON
MCGUIRE WOODS LLP
77 W WACKER DR  STE 4100
CHICAGO, IL  60601

Invoice#  0
Client#  RODRD1        00001
Billing through  11/06/2008

---

## CASE ADMINISTRATION
## DORA A RODRIGUEZ  CHAPTER 7

Payments received since last invoice                        $0.00

Balance brought forward                                     $0.00

<u>PROFESSIONAL SERVICES</u>

| | | | | | |
|---|---|---|---|---|---|
| IPG | 09/05/2007 | | 1.40 | 1.40 | 295.00 | 413.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/05/2007 | IPG | Prepared for(.40) and appeared on Motion to Retain counsel(1.00) | 1.40  hrs. | 413.00 |
| IPG | 07/14/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 07/14/2008 | IPG | Correspond with Trustee's paralegal about status of case | 0.20  hrs. | 62.00 |
| IPG | 07/30/2008 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 07/30/2008 | IPG | Reviewing file(.20) and Correspond with Trustee and his paralegal about whether the estate has disbursed to Coldwell Banker and about whether the services of an accountant are required(.20) | 0.40  hrs. | 124.00 |
| IPG | 08/14/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 08/14/2008 | IPG | Correspond with Trustee regarding payment due Coldwell Banker and whether he desires an accountant | 0.20  hrs. | 62.00 |
| IPG | 08/19/2008 | | 0.30 | 0.30 | 310.00 | 93.00 |
| 08/19/2008 | IPG | Review file(.20) and follow up with K McFarland paralegal for Trustee related to the following: a) payment due to Coldwell Banker; b) the trustee's position on the need, if any, for an accountant and related issues(.10) | 0.30  hrs. | 93.00 |
| IPG | 08/20/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 08/20/2008 | IPG | Further correspondence with K McFarland related to monies due Coldwell Banker and accountant issue | 0.20  hrs. | 62.00 |
| IPG | 08/26/2008 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 08/26/2008 | IPG | Correspond with Barry Steinberg to inquire whether accounting services are necessary for this estate(.20); reviewing file related to creditor's list | 0.60  hrs. | 186.00 |

EXHIBIT

B

and other matters(.40)

| IPG | 08/27/2008 | | 1.40 | 1.40 | 310.00 | 434.00 |
|-----|------------|---|------|------|--------|--------|
| 08/27/2008 | IPG | Reviewing file regarding relevant facts concerning the real estate(.40); Correspond with Barry Steinberg at length regarding facts of case-his inclination was that the Trustee had no tax exposure for the estate related to the sale of the debtor's half interest in the home to the brother(1.00) | 1.40 | hrs. | | 434.00 |
| IPG | 08/28/2008 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 08/28/2008 | IPG | Reviewing further correspondence from B Steinberg regarding what appears to be no tax exposure | 0.40 | hrs. | | 124.00 |
| IPG | 09/05/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 09/05/2008 | IPG | Follow up with K McFarland regarding status of dispersal | 0.20 | hrs. | | 62.00 |

TOTAL PROFESSIONAL SERVICES                         $1,622.00

<u>Billing Summary</u>
Total professional services                         $1,622.00
Total of new charges for this invoice               $1,622.00


**Total balance now due**                           **$1,622.00**


| IPG | | 5.30 | 306.04 | $1,622.00 |
|-----|---|------|--------|-----------|
| | | 5.30 | | $1,622.00 |

**DIMONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

November 8, 2008

RICHARD J MASON
MCGUIRE WOODS LLP
77 W WACKER DR  STE 4100
CHICAGO, IL  60601

| | |
|---|---|
| Invoice# | 0 |
| Client# | RODRD1    00002 |
| Billing through | 11/08/2008 |

---

**CREDITORS & CLAIMS**
**DORA A RODRIGUEZ  CHAPTER 7**

| | |
|---|---|
| Payments received since last invoice | $0.00 |
| Balance brought forward | $0.00 |

PROFESSIONAL SERVICES

| Date | | Description | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/16/2008 | IPG | Reviewing file(.20) and left message for K McFarland trustee's paralegal to set bar date and to follow up related to the deed(.10) | 0.30 | hrs. | 310.00 | 93.00 |
| 07/17/2008 | IPG | Correspond with K McFarland about setting bar date | 0.40 | hrs. | 310.00 | 124.00 |
| 07/24/2008 | IPG | Follow up with K McFarland related to bar date | 0.20 | hrs. | 310.00 | 62.00 |
| 07/25/2008 | IPG | Reviewing correspondence related to setting bar date(.20) and correspond with Trustee's paralegal, K McFarland regarding same(.20) | 0.40 | hrs. | 310.00 | 124.00 |
| 07/26/2008 | IPG | Updating file related to claims bar date and procedures to follow thereafter | 0.20 | hrs. | 310.00 | 62.00 |
| 09/02/2008 | IPG | Review proof of claim received on ECF | 0.10 | hrs. | 310.00 | 31.00 |
| 11/07/2008 | IPG | Confer with H Stotland for Orix Financial who will withdraw the secured claim and leave the unsecured claim on file | 0.20 | hrs. | 310.00 | 62.00 |

TOTAL PROFESSIONAL SERVICES                           $558.00

Billing Summary
| | |
|---|---|
| Total professional services | $558.00 |
| Total of new charges for this invoice | $558.00 |

**Total balance now due**                            **$558.00**

|  | IPG | 1.80 | 310.00 | $558.00 |
|---|-----|------|--------|---------|
|  |     | 1.80 |        | $558.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

November 7, 2008

RICHARD J MASON
MCGUIRE WOODS LLP
77 W WACKER DR  STE 4100
CHICAGO, IL  60601

Invoice# 0
Client# RODRD1        00003
Billing through  11/06/2008

---

## GENERAL DISCOVERY & INVESTIGATION
## DORA A RODRIGUEZ  CHAPTER 7

| | |
|---|---|
| Payments received since last invoice | $0.00 |
| Balance brought forward | $0.00 |

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| IPG | 08/06/2007 | | 0.40 | 0.40 | 295.00 | 118.00 |
| 08/06/2007 | IPG | Initial review of file on pacer and pulling documents | | 0.40  hrs. | 118.00 |
| IPG | 08/16/2007 | | 1.00 | 1.00 | 295.00 | 295.00 |
| 08/16/2007 | IPG | Reviewing file(.50); correspond with Matt Shrake to request a ballpark valuation(.20); Correspond with Debtor's counsel to request that he advise as to value, provide last know payoff figures and information on liens(.20); corresponding with Trustee regarding potential assets(.10) | | 1.00  hrs. | 295.00 |
| IPG | 08/20/2007 | | 0.60 | 0.60 | 295.00 | 177.00 |
| 08/20/2007 | IPG | Reviewing file and follow up with debtor's counsel to request Matt Shrake be able to inspect and to request information on encumbrances | | 0.60  hrs. | 177.00 |
| IPG | 08/21/2007 | | 0.70 | 0.70 | 295.00 | 206.50 |
| 08/21/2007 | IPG | Reviewing file(.20) and corresponding with counsel for the debtor regarding value of home and encumbrances thereon(.50) | | 0.70  hrs. | 206.50 |
| IPG | 08/22/2007 | | 0.70 | 0.70 | 295.00 | 206.50 |
| 08/22/2007 | IPG | Correspond with counsel for debtor regarding 1/2 interest in home(.50); follow up with M Shrake in an effort to have him value the home(.20) | | 0.70  hrs. | 206.50 |
| IPG | 08/30/2007 | | 0.50 | 0.50 | 295.00 | 147.50 |
| 08/30/2007 | IPG | Reviewing file regarding potential asset(.40); left messages for Trustee and his paralegal concerning the potential equity in her 1/2 interest in the home(.10) | | 0.50  hrs. | 147.50 |
| IPG | 09/04/2007 | | 0.10 | 0.10 | 295.00 | 29.50 |
| 09/04/2007 | IPG | Confer with Peter Napani, counsel for the debtor | | 0.10  hrs. | 29.50 |

RODRD1   RODRIGUEZ, DORA A   Invoice#   0   Page 2

about potential equity in home

| IPG | 09/05/2007 | | 0.20 | 0.20 | 295.00 | 59.00 |
|---|---|---|---|---|---|---|

09/05/2007   IPG   Correspond with Trustee's paralegal regarding valuation of home   0.20  hrs.   59.00

| IPG | 09/06/2007 | | 0.40 | 0.40 | 295.00 | 118.00 |
|---|---|---|---|---|---|---|

09/06/2007   IPG   Further correspondence with Trustee's paralegal related to potential equity in debtor's half interest in the home(.20); corresponding with M Shrake related to same(.20)   0.40  hrs.   118.00

| IPG | 09/11/2007 | | 1.20 | 1.20 | 295.00 | 354.00 |
|---|---|---|---|---|---|---|

09/11/2007   IPG   Correspond with M Shrake regarding home(.40); reviewing correspondence and appraisal supplied by debtor's counsel(.40); reviewing Shrake analysis(.20); drafted emails to Trustee regarding same(.20)   1.20  hrs.   354.00

| IPG | 09/18/2007 | | 0.40 | 0.40 | 295.00 | 118.00 |
|---|---|---|---|---|---|---|

09/18/2007   IPG   Reviewing file(.20) and discussing potential purchase of right , title and interest subject to all liens by the brother Ronis Rodriquez(.20)   0.40  hrs.   118.00

| IPG | 09/24/2007 | | 0.30 | 0.30 | 295.00 | 88.50 |
|---|---|---|---|---|---|---|

09/24/2007   IPG   Reviewing file(.20) and corresponding with Peter Nabhani regarding home owned with brother and potential offer to buy out the estate's interest by the brother(.10)   0.30  hrs.   88.50

| IPG | 10/02/2007 | | 0.20 | 0.20 | 295.00 | 59.00 |
|---|---|---|---|---|---|---|

10/02/2007   IPG   Correspond with R Nabhani regarding potential offer from brother   0.20  hrs.   59.00

| IPG | 10/24/2007 | | 0.30 | 0.30 | 295.00 | 88.50 |
|---|---|---|---|---|---|---|

10/24/2007   IPG   Reviewing file(.20) and correspond with Debtor's counsel related to potential offer from brother and waiver or bid in of debtor's exemption related thereto(.10)   0.30  hrs.   88.50

| IPG | 10/29/2007 | | 0.70 | 0.70 | 295.00 | 206.50 |
|---|---|---|---|---|---|---|

10/29/2007   IPG   Review correspondence from Peter C. Nabhani(.10); reviewing file related to real estate(.40) and drafted proposal to same regarding potential equity in the home(.20)   0.70  hrs.   206.50

| IPG | 11/03/2007 | | 0.20 | 0.20 | 295.00 | 59.00 |
|---|---|---|---|---|---|---|

11/03/2007   IPG   Reviewing file related to real estate   0.20  hrs.   59.00

| IPG | 11/26/2007 | | 0.80 | 0.80 | 295.00 | 236.00 |
|---|---|---|---|---|---|---|

11/26/2007   IPG   Reviewing file(.40) and correspond with P Nabhani and R Habib on behalf of the debtor to see if brother or brother and sister will make an offer for the estate's equity, if any in the jointly held building(.40)   0.80  hrs.   236.00

| IPG | 12/07/2007 | | 0.10 | 0.10 | 295.00 | 29.50 |
|---|---|---|---|---|---|---|

12/07/2007   IPG   Correspond with P Nabhani and R Habib regarding debtor's home   0.10  hrs.   29.50

RODRD1      RODRIGUEZ, DORA A                                                      Invoice#   0                    Page   3

| | | | | | |
|---|---|---|---|---|---|
| IPG | 12/20/2007 | | 0.20 | 0.20 | 295.00 | 59.00 |

12/20/2007    IPG    Confer with P Nabhani regarding 1/2 interest in          0.20  hrs.              59.00
                     home and brother's intent-he advised the brother
                     should have enough cash in the beginning of 2008

| | | | | | |
|---|---|---|---|---|---|
| IPG | 01/09/2008 | | 0.40 | 0.40 | 310.00 | 124.00 |

01/09/2008    IPG    Reviewing file(.20)and correspond with Peter            0.40  hrs.             124.00
                     Nabhani regarding expected offer from the Debtor's
                     brother(.20)

| | | | | | |
|---|---|---|---|---|---|
| IPG | 01/16/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |

01/16/2008    IPG    Reviewing file and correspond with Peter Nabhani        0.20  hrs.              62.00
                     regarding status of potential offer from the debtor's
                     brother

| | | | | | |
|---|---|---|---|---|---|
| IPG | 01/24/2008 | | 0.10 | 0.10 | 310.00 | 31.00 |

01/24/2008    IPG    Correspond with P Nabhani                                0.10  hrs.              31.00

| | | | | | |
|---|---|---|---|---|---|
| IPG | 01/25/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |

01/25/2008    IPG    Correspondence with Peter Nabhani related to            0.20  hrs.              62.00
                     whether debtor's brother will make an offer(he
                     should know by month's end)

| | | | | | |
|---|---|---|---|---|---|
| IPG | 02/04/2008 | | 0.10 | 0.10 | 310.00 | 31.00 |

02/04/2008    IPG    Correspond with P Nabhani regarding debtor's 1/2        0.10  hrs.              31.00
                     interest in home

| | | | | | |
|---|---|---|---|---|---|
| IPG | 02/27/2008 | | 0.40 | 0.40 | 310.00 | 124.00 |

02/27/2008    IPG    Reviewing file and correspond with Debtor's             0.40  hrs.             124.00
                     counsel Perter Nabhani regarding real estate

| | | | | | |
|---|---|---|---|---|---|
| IPG | 03/03/2008 | | 0.40 | 0.40 | 310.00 | 124.00 |

03/03/2008    IPG    Review correspondence from P Nabhani(.20) and           0.40  hrs.             124.00
                     respond to same regarding 1/2 interest in real
                     estate(.20)

| | | | | | |
|---|---|---|---|---|---|
| IPG | 03/13/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |

03/13/2008    IPG    Correspond with P Nabhani related to brother's          0.20  hrs.              62.00
                     offer

| | | | | | |
|---|---|---|---|---|---|
| IPG | 03/17/2008 | | 1.50 | 1.50 | 310.00 | 465.00 |

03/17/2008    IPG    Reviewing file related to real estate(.50);             1.50  hrs.             465.00
                     correspond with R Habib related to same(.10);
                     began working on draft sale Motion(.50) and draft
                     agreed order related to same(.40)

| | | | | | |
|---|---|---|---|---|---|
| IPG | 03/18/2008 | | 0.70 | 0.70 | 310.00 | 217.00 |

03/18/2008    IPG    Reviewing file(.10) related to real estate and confer   0.70  hrs.             217.00
                     with P Nabhani's office to request information
                     related to Washington Mutual(.10); reviewing  and
                     revising draft Motion and draft Agreed Order
                     related to potential sale of equity in home to R
                     Rodriguez(.50)

| | | | | | |
|---|---|---|---|---|---|
| IPG | 03/20/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |

03/20/2008    IPG    Review correspondence from P Nabhani(.10) and           0.20  hrs.              62.00
                     respond to same(.10) related to potential purchase
                     of debtor's right title and interest in home owned
                     with brother

RODRD1        RODRIGUEZ, DORA A                                    Invoice#   0                    Page   4

| IPG | 03/25/2008 | | 0.10 | 0.10 | 310.00 | 31.00 |
|---|---|---|---|---|---|---|
| 03/25/2008 | IPG | Met with P Nabhani regarding documentation and loan payoff information needed | 0.10 | hrs. | | 31.00 |
| IPG | 04/04/2008 | | 0.90 | 0.90 | 310.00 | 279.00 |
| 04/04/2008 | IPG | Continued work on draft sale Motion and Draft Agreed Order(.50); drafting cover email transmitting draft Motion and proposed Agreed Order to counsel for Debtor (.40) | 0.90 | hrs. | | 279.00 |
| IPG | 04/08/2008 | | 0.30 | 0.30 | 310.00 | 93.00 |
| 04/08/2008 | IPG | Review file(.20) and Follow up with P Nabhani related to real estate matter(.10) | 0.30 | hrs. | | 93.00 |
| IPG | 04/11/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 04/11/2008 | IPG | Reviewing file and left message for P Nabhani regarding his progress on the proposed Agreed Order and related Motion to sell. | 0.20 | hrs. | | 62.00 |
| IPG | 04/29/2008 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 04/29/2008 | IPG | Reviewing file related to correspondence with Debtor's counsel related to interest in home(.40); drafted follow up email to Peter Nabhani, debtor's counsel, related to proposed deal and draft agreed order sent to same for signatures(.10) | 0.50 | hrs. | | 155.00 |
| IPG | 05/02/2008 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 05/02/2008 | IPG | Reviewing correspondence with signed agreed orders(.10); dictate instructions for service on Motion to Approve Sale of Debtor's half interest(.20); correspond with Debtor's counsel related to earnest money that is due(.20) | 0.50 | hrs. | | 155.00 |
| IPG | 05/07/2008 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 05/07/2008 | IPG | Correspond with P Nabhani regarding check to be tendered to Trustee | 0.10 | hrs. | | 31.00 |
| IPG | 05/08/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 05/08/2008 | IPG | Review email from P Habib related to expected good faith payment(.10); drafted email to same(.10) | 0.20 | hrs. | | 62.00 |
| IPG | 05/12/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 05/12/2008 | IPG | Review correspondence from Debtor's counsel related to expected good faith payment pending court approval(.10); correspond with R Mason, the trustee herein, regarding same(.10) | 0.20 | hrs. | | 62.00 |
| IPG | 05/13/2008 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 05/13/2008 | IPG | Follow up with debtors' counsel related to good faith payment to Trustee which is expected to be made today | 0.10 | hrs. | | 31.00 |
| IPG | 05/15/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 05/15/2008 | IPG | Follow up with K McFarland who advised that the good faith funds were received | 0.20 | hrs. | | 62.00 |
| IPG | 05/27/2008 | | 1.30 | 1.30 | 310.00 | 403.00 |
| 05/27/2008 | IPG | Reviewing docket related to matters relevant to the Motion to Sell up tomorrow(.80) and initial review of same(.50) | 1.30 | hrs. | | 403.00 |

RODRD1        RODRIGUEZ, DORA A                                    Invoice#   0                    Page   5

| | | | | | |
|---|---|---|---|---|---|
| IPG | 05/28/2008 | | 1.80 | 1.80 | 310.00 | 558.00 |
| 05/28/2008 | IPG | Prepared for(.40) and appeared on Motion to Sell(.50); confer with P Nabhani prior to same(.10); drafted email to Trustee regarding same(.40); drafted email to Peter Nabhani related to R Laubenstein's work on quit claim deed and the fact Ronis Rodriquez will be responsible to record same and pay all costs related thereto and further suggested they obtain a certified copy of the order(.20); confer with R Laubenstein related to the work he is to do regarding same(.20) | 1.80  hrs. | 558.00 |
| RWL | 11/06/2008 | | 0.50 | 0.50 | 300.00 | 150.00 |
| 05/28/2008 | RWL | Prepare quit claim deed per Ira P. Goldberg's request. | 0.50  hrs. | 150.00 |
| IPG | 05/30/2008 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 05/30/2008 | IPG | Reviewing file related to real estate sale Motion | 0.40  hrs. | 124.00 |
| IPG | 06/05/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 06/05/2008 | IPG | Follow up related to status of quit claim deed with R Laubenstein | 0.20  hrs. | 62.00 |
| IPG | 06/06/2008 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 06/06/2008 | IPG | Work related to revisions to draft trustee's deed | 0.50  hrs. | 155.00 |
| IPG | 06/09/2008 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 06/09/2008 | IPG | Reviewing draft deed and revising same(.60); correspond with R Mason related to same(.40) | 1.00  hrs. | 310.00 |
| IPG | 06/13/2008 | | 0.30 | 0.30 | 310.00 | 93.00 |
| 06/13/2008 | IPG | Reviewing correspondence to Trustee(.20); drafted follow up related to setting bar date and the execution of the deed to forward to P Nabhani(.10) | 0.30  hrs. | 93.00 |
| IPG | 06/19/2008 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 06/19/2008 | IPG | Reviewing file(.20) and Follow up with R Mason's office related to the deed to Ronis which is to be sent to Peter Nabhani(.20) | 0.40  hrs. | 124.00 |
| IPG | 06/23/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 06/23/2008 | IPG | Follow up with C Gunderson and K McFarland regarding deed and the setting of a bar date | 0.20  hrs. | 62.00 |
| IPG | 07/17/2008 | | 0.30 | 0.30 | 310.00 | 93.00 |
| 07/17/2008 | IPG | Reviewing correspondence from the Trustee's paralegal related to deed and setting bar date(.20); Review correspondence from Trustee to P Nabhani related to real estate deed(.10) | 0.30  hrs. | 93.00 |
| IPG | 07/24/2008 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 07/24/2008 | IPG | Review file(.40) and follow up with K McFarland regarding payment due to Coldwell Banker and real estate sale(.20) | 0.60  hrs. | 186.00 |

TOTAL PROFESSIONAL SERVICES                    $7,362.00

Billing Summary
Total professional services                    $7,362.00
Total of new charges for this invoice          $7,362.00

--------------------------------

**Total balance now due**                      **$7,362.00**

|      |        |        |           |
|------|--------|--------|-----------|
| IPG  | 23.70  | 304.30 | $7,212.00 |
| RWL  | 0.50   | 300.00 | $150.00   |
|      | 24.20  |        | $7,362.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

November 8, 2008

| | |
|---|---|
| RICHARD J MASON | Invoice#  0 |
| MCGUIRE WOODS LLP | Client#  RODRD1        00028 |
| 77 W WACKER DR  STE 4100 | Billing through  11/08/2008 |
| CHICAGO, IL  60601 | |

---

**CLOSING OF CASE**
**DORA A RODRIGUEZ  CHAPTER 7**

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| IPG | 11/07/2008 | | 3.00 | 3.00 | 310.00 | 930.00 |

| Date | | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 11/07/2008 | IPG | Anticipated time for 1) additional work related to the preparation and presentation of a first and final fee application; 2) discussions with the Trustee and parties in interest related to the closing of this case; and 3) appearance (s) related to the anticipated closing of this case. | 3.00 | hrs. | 930.00 |

TOTAL PROFESSIONAL SERVICES                              $930.00

<u>Billing Summary</u>
Total professional services                  $930.00
Total of new charges for this invoice        $930.00

**Total balance now due**                    **$930.00**

| IPG | 3.00 | 310.00 | $930.00 |
|---|---|---|---|
| | 3.00 | | $930.00 |

## PROFESSIONAL FEES AND EXPENSES

|  | Fees/Expenses Previously Allowed | Fees/Expenses Pending Compensation Applications | Fees/Expenses Total |
|---|---|---|---|
| Trustee (Richard J. Mason) | $0.00 | $2.501.52 | $2,501.52 |
| Trustee's Counsel | $0.00 | $8,750.00 | $8,750.00 |
| **TOTALS** |  | **$11,251.52** | **$11,251.52** |

**EXHIBIT 6**

Active\3632889.1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 7 CASE** |
| | ) | |
| **RODRIGUEZ, DORA A** | ) | **Case No. 07-09900** |
| | ) | |
| | ) | |
| Debtor. | ) | **HON. EUGENE R. WEDOFF** |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON ABANDONMENT

To the Debtor(s), Creditors, and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

At:    United States Bankruptcy Court
219 South Dearborn Street
Chicago, Illinois

On:

2.    The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.   ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.    The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $17,515.44 |
| Disbursements | $300.00 |
| Net Cash Available for Distribution | $17,215.44 |

4.    Applications and Claims for Chapter 7 Fees and Administrative Expenses have been filed as follows:

| Applicant | Compensation and Expenses Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Richard J. Mason (Trustee Fees) | $ 0.00 | $2,501.52 | $ 0.00 |
| DiMonte & Lizak, LLC (Counsel) | $0.00 | $8,750.00 | $0.00 |

5.    Applications for Chapter 11 Fees and Administrative expenses previously approved by order of this Court: $0.00

6.    In addition to the expenses of administration listed above as may be allowed by the Court, priority wage claims totaling $ 0.00 and priority tax claims totaling $ 0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The wage claim priority dividend is anticipated to be 0.00% and the tax claim priority dividend is anticipated to be 0.00%.

Allowed priority wage claims are as follows:

None.

Allowed priority tax claims are as follows:

None.

7.  Claims of general unsecured creditors totaling $78,180.24 have been allowed and will be paid only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 7.6284237%.

| Claim Number | Creditor | Allowed Amount | Dividend |
|---|---|---|---|
| 1 | Orix Financial Services Inc | $77,488.57 | $5,911.15 |
| 3 | LVNV Funding LLC | $691.67 | $52.76 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.  Debtor has been discharged.

11.  The Trustee proposes to abandon the following property at the hearing: None.

Dated: March 25, 2009                                    For the Court,


                                                         By: KENNETH S. GARDNER
                                                             Kenneth S. Gardner
                                                             Clerk of the U.S. Bankruptcy Court
                                                             219 So. Dearborn Street; 7th Floor
                                                             Chicago, IL 60604


Trustee:        Richard J. Mason, P.C.
Address:        McGuireWoods LLP
                77 West Wacker Drive
                Suite # 4100
                Chicago, IL 60601-1815
                (312) 849-8100