IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| RODRIGUEZ, DORA A | ) Case No. 07-09900 |
| | ) |
| | ) |
| Debtor. | ) HON. EUGENE R. WEDOFF |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:  THE HONORABLE EUGENE R. WEDOFF,
     BANKRUPTCY JUDGE

NOW COMES Richard J. Mason, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,502.00.

### I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $17,215.44. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $1,251.52 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $0.00 | ($47,500.00 maximum) |
| 3% of balance | $0.00 | |
| TOTAL COMPENSATION | $2,501.52 | (See Exhibit 5a) |

### II. TRUSTEE'S EXPENSES

TOTAL EXPENSES          $0.00

**EXHIBIT 5**

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 25th day of March, 2009.

/s/ Richard J. Mason
RICHARD J. MASON, Trustee
McGuireWoods LLP
77 West Wacker Drive
Suite # 4100
Chicago, IL 60601-1815
(312) 849-8100

# McGUIREWOODS

Richard J. Mason PC  
312.750.3527

77 West Wacker Drive, Suite 4100  
Chicago, Illinois 60601-1818

**REMITTANCE COPY**  
**PLEASE RETURN WITH PAYMENT**  
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

February 19, 2009

Richard J. Mason, as Trustee of the  
Bankruptcy Estate of Dora Rodriguez

Tax ID No. 54-0505857

RE: Bankruptcy Estate of Dora Rodriguez  
Our File No. 5017646-0012

## FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

| Date | Name | Description | Hours |
|---|---|---|---|
| 5/15/08 | Kimberly McFarland | E-mail correspondence with Ira Goldberg re: Dora Ridriguez | .10 |
| 5/28/08 | Kimberly McFarland | Read Ira Goldberg's e-mails re: Dora Rodriguez | .20 |
| 5/29/08 | Kimberly McFarland | Telephone conference with Chase Bank representative regarding Dora Rodriguez | .20 |
| 6/9/08 | Kimberly McFarland | Read Ira P. Goldberg's e-mail regarding debtor Dora Rodriguez | .10 |
| 6/13/08 | Kimberly McFarland | Read Ira Goldberg's e-mail regarding debtor, Dora Rodriguez | .10 |
| 7/17/08 | Kimberly McFarland | E-mail correspondence to Ira Goldberg re Debtor Dora Rodriguez | .10 |
| 7/25/08 | Kimberly McFarland | E-file Asset Report in the Rodriguez case | .30 |
| 7/11/08 | Kimberly McFarland | Read Ira Goldberg's e-mail regarding debtor, Dora Rodriguez | .10 |
| 8/19/08 | Kimberly McFarland | Prepare check payable to Coldwell Banker Residential Brokerage re Dora A. Rodriguez | .70 |
| 8/20/08 | Kimberly McFarland | Draft letter to Coldwell Banker to include with check | .50 |
| 9/8/08 | Kimberly McFarland | Read Ira Goldberg's e-mails re Dora Ridriguez and Wayne Ferrari (3x) (.3); e-mail correspondence to Ira Goldberg re Dora Rodriguez (.2) | .50 |
| 02/12/09 | Kimberly McFarland | Working on final report. | .6 |
| 2/18/09 | Richard J. Mason PC | At various times conducting meeting of creditors; conferring with counsel and | 3.0 |

McGuireWoods LLP

reviewing bank statements and final report

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Richard J. Mason PC | $600.00 | 3.0 | $1,800.00 |
| Kimberly McFarland | $195.00 | 3.6 | $ 702.00 |
| TOTAL FEES | | | $2,502.00 |

Total Fees for Matter:                $2,502.00

## EXHIBIT 5A