**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Dora A. Rodriguez, | ) | Case No. 07-09900 |
| | ) | |
| Debtor. | ) | Judge Eugene R. Wedoff |

**FIRST AND FINAL APPLICATION TO THE COURT**
**OF DIMONTE & LIZAK, LLC, FOR ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES AS COUNSEL FOR THE TRUSTEE**

DiMonte & Lizak, LLC ("D&L"), counsel for Richard J. Mason, the trustee ("Trustee") in the above-referenced Chapter 7 proceeding, requests the entry of an order for allowance of final compensation in the amount of $8,750.00 (D&L has voluntarily reduced its fee request by over $1,700.00 in an attempt to generate a higher distribution to general unsecured creditors), and reimbursement of expenses of $0.00. In support thereof, D&L respectfully states as follows:

### I. NARRATIVE SUMMARY

1.      On or about June 1, 2007, Dora A. Rodriguez ("Debtor") filed a voluntary Chapter 7 petition.

2.      Richard J. Mason is the duly appointed and acting Trustee of the estate of the Debtor.

3.      For the convenience of this Court and other parties in interest, summary sheets disclosing additional information, including, but not limited to the following, are attached hereto and incorporated herein as Exhibit **A**.

(a)      Previous requests, if any, for fees and expenses herein;

(b)      Previous awards, if any, of fees and expenses herein;

(c)      Disclosures related to professionals and para-professionals who have worked on this case;

1

(d)    Calculations of both the blended rates of the attorneys involved in this case as well as a separate calculation of the blended rates of both attorneys and para-professionals; and

(e.)    Disclosures regarding the financial condition of this estate ("Estate").

4.    The normal hourly rates charged by the principals, associates, and the legal assistants of D&L for the period covered by this application is as follows:

Ira P. Goldberg (Developmental Partner)            $295.00 - $310.00 [1]

Richard L. Laubenstein (Developmental Partner)      $300.00[2]

## II. CASE STATUS

5.    Professionals have been retained. The attorneys are Ira P. Goldberg and Di Monte & Lizak, LLC as legal counsel for the Trustee. To date approximately $17,500.00 in funds have been recovered based solely on the efforts of the Trustee. If not for the efforts of the Trustee and his counsel, this would have been a no-asset case.

## III. PROJECT SUMMARIES

6.    For the time period covered by this application D&L provided a wide variety of legal services to the Trustee. The services which were performed by D&L during such time period are categorized and described in detail on an itemized statement attached hereto and made part of as Exhibit **B.** At the end of each category, there is a list, for each attorney or paraprofessional who worked on that matter, of the total number of hours (with dollar value) spent on that matter. The following is a statistical overview of the services performed by D&L for which it seeks compensation which includes the approximate hours expended by D&L for which it seeks compensation, the approximate value of those services and the amount of fees previously received

------

[1] Rates actually charged averaged about $255.00  per hour, based upon the over $1,700.00 voluntary reduction.

[2] See Footnote 1.

2

by D&L:

| Name of Services | Approximate | Value | Previous Hours (N/A) | Fees Previously Received (N/A) |
|---|---|---|---|---|
| 1. Case Administration | 5.3 hrs | $ 1,622.00 | N/A | N/A |
| 2. Creditors & Claims; | 1.8 hrs | $    558.00 | N/A | N/A |
| 3. Discovery & Investigation | 24.20 hrs | $ 7,362.00 | N/A | N/A |
| 4. Closing of Case | 3.00 hrs | $    930.00 | N/A | N/A |
| TOTAL (Before Reduction) | 34.3 hrs | $10,472.00 | N/A | N/A |
| **TOTAL (After Voluntary Reduction)** | | **$  8,750.00** | | |

7.     The following is a factual summary of the services provided and in certain cases the results achieved from on or about August 6, 2007 through the anticipated closing of this case:

(a)     **Case Administration:** D&L expended 5.3 hours of time related to this category. The work in this category includes, but is not limited to, preparing and appearing on motion to retain counsel; corresponding with the Trustee and his paralegal about the status of the case; corresponding further with the Trustee regarding the need, if any, for an accountant; corresponding with Barry Steinberg to inquire whether accounting services are necessary for this estate, and receiving his answer that such services are not required. Detailed time entries related to the compensation sought for Case Administration are contained in Exhibit **B**.

(b)     **Creditors and Claims:** D&L expended 1.8 hours of time related to this category of work. The work in this category includes, but is not limited to, reviewing claims filed on ECF; corresponding with Trustee and his paralegal to set a bar date for Claims;  conferring with Harold Stotland, counsel for Orix Financial Services Inc., and obtained his agreement to withdraw a secured claim against this Estate, thereby leaving his client with unsecured claim in the amount of approximately $77,500.00. Detailed time entries related to the compensation sought for Creditors

3

and Claims are contained in Exhibit **B**.

(c)   **Discovery and Investigation:** D&L expended 24.2 hours of time related to this category of work. The work in this category includes, but is not limited to, investigating and reviewing the file online to determine which potential assets warranted future inquiries; determining that the only potential asset in this case was related to the Debtor's apparent half interest in the property commonly known as 2634 N. 72nd Court, Elmwood Park, Illinois, 60707 ("Property"); discussing the same with the Trustee; arranging for a real estate agent to view the Property and provide a ballpark valuation; investigating alleged liens on the Property; negotiating a waiver of the Debtor's homestead as agreed condition to the sale of the Property to her brother Ronis Rodriguez; negotiating an agreed order related to the sale of the Property; preparing and appearing on a sale motion, and closing said sale.   Detailed time entries related to the compensation sought for Discovery and Investigations are contained in Exhibit **B**.

(d)   **Closing of Case:** D&L has partially expended and anticipates expending at least 3.00 hours of time related to this category of work. The work in this category involves and is anticipated to primarily involve the following:   1) preparation and presentation of fee applications; 2) discussions with the Trustee and parties in interest related to the closing of this case, and 3) appearances in court related to the closing of this case[3].   Detailed time entries related to the compensation sought for Closing of Case are contained in Exhibit **B**.

8.   All of the services referred to hereinabove were reasonably necessary to be performed in order that:

(a)   The interest of the estate and its creditors be adequately represented and defended; and

(b)   To maximize the recovery to this estate and its creditors.

---

[3] D&L estimates it has or will expend over 3.0 hours of time related to this category of work, including work on fee petitions.

4

## IV. COMPUTATION OF COMPENSATION

9.    The services performed from August 6, 2007 through the anticipated closing of this case required and are anticipated to require a total time expenditure of over 34.3 hours on the part of the principals, associates and legal assistants of D&L. The services which D&L is seeking compensation are set forth with particularity at Exhibit **B.** Based on the nature, the extent and value the services for which D&L is seeking compensation, the time spent on such services and cost of comparable services other than those in the case under this title, such services have a value of at least $10,472.00, however D&L has voluntarily reduced its request to $8,750.00.

## V. EXPENSES

10.    In addition, D&L incurred certain reasonable necessary additional expenses during its representation of the Trustee in the amount of $0.00 (a file set up fee of $25.00 has been written off). Moreover, as an additional overview for the court, D&L provides the following information respecting the method it uses to record and charge various types of expenses:.

(a)    **Telecopier Transmittals**: D&L does not charge for telecopier transmittals unless they are extraordinary.

(b)    **Delivery Services:** Any persons wishing to engage either local messenger or overnight services must fill out a delivery service slip, which requires the inclusion of client and matter numbers. These slips are then sent to the D&L accounting department, where the data is entered by client and matter number into the D&L computer. D&L's delivery charges are for actual out-of-pocket expenses only.

(c)    **Photocopying**: Photocopying may be accomplished in one of two ways at D&L: There are photocopying machines, controlled by computer key pads on every floor. Small copying jobs are not charged. For larger jobs, the person wishing to make copies bills it to the client and

matter number to which the job must be charged. Very large copying jobs are usually sent to an outside copy service. D&L traditionally charges 0.20¢ per page for photocopying and if that fee is not fully paid it is typically charged to the originating attorney. D&L has not charged for any photocopies in this matter.

(d)    **Long distance telephone**: Long distance telephone calls are not charged unless extraordinary.

## VI. CERTIFICATION

11.    D&L certifies that the Trustee has received and reviewed this application for compensation and reimbursement of expenses. D&L also certifies that the Trustee has approved this application.

## VII. SERVICE

12.    This matter will be noticed for hearing along with the final report.

**WHEREFORE,** D & L prays that an Order be entered respecting this application, after such notice and hearing as is required by the Court:

(a)    Granting a first and final allowance of D&L respecting services first requested in this Application in the amount of $8,750.00 and reimbursement of expenses to D&L respecting expenses first requested in this Application in the amount of $0.00 (collectively, the "Allowance").

(b)    Authorizing and directing the Trustee to pay the Allowance; and

(c)    Granting such other and further relief as this Court deems just and equitable.

Dated: November 17, 2008.

Respectfully Submitted,

DiMonte & Lizak, LLC

By: /s/ Ira P. Goldberg
Ira P. Goldberg, One of its agents

Ira P. Goldberg (ARDC# 6185512)
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: (847) 698-9600
Fax: (847) 698-9623
Email: igoldberg@dimontelaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Dora A. Rodriguez, | ) | Case No. 07-09900 |
| | ) | |
| Debtor. | ) | Judge Eugene R. Wedoff |

**SUMMARY OF DIMONTE & LIZAK, LLC'S
FEE APPLICATION AND ADDITIONAL DISCLOSURES**

1.  Name of Applicant:                        DiMonte & Lizak, LLC

2.  Role of Applicant:                        Counsel for Trustee

3.  Name of Certifying
    Professional:                             Ira P. Goldberg

4.  Name of Person/Entity
    Reviewing Petition:                       Richard J. Mason, Trustee

5.  Result of Petition Review:            _X_ Approved ____ Disapproved

6.  Explanation of Disapproval:               Not Applicable

7.  Is Compensation Being
    Sought Pursuant to
    11 U.S.C. § 503(b)?                        ____ Yes _X_ No

8.  Terms of Employment                       Hourly rates/ 11 U.S.C. § 330, et seq.
                                              As per court order.

9.  Promised Payment:                         N/A

10. Source(s) of Compensation:                Monetary recoveries of the Estate.

11. Terms of Any Retainer:                    N/A

12. Applicable caps
    on compensation or
    other charges:                            N/A

                                                          **EXHIBIT A**

13. Is compensation being

sought less than 120 days
after the order for relief:                          ___Yes  _X_ No

14.   Date and terms of order,
      if any, allowing shortened
      interval for fee petitions:           N/A

15.   Date of Fee Application:              At final meeting

16.   Dates of Services                     August 6, 2007 through
      Reimbursement Sought:                 and including the closing of this case

17.   Total Gross Amount of
      Requested Professional
      Fees (from Exhibit B)                 $8,750.00 (Reduced from about $10,472.00)

18.   Remaining Non-Awarded
      Fee Retainer Received                 N/A

19.   Remaining Non-Awarded
      Professional Fee Payments
      From Other Sources                    N/A

20.   TOTAL "NET" AMOUNT
      OF REQUESTED
      PROFESSIONAL FEE                      $8,750.00

21.   Total Gross Amount of Requested
      Reimbursement of Disbursements
      and Expenses (from Exhibit C)         $0.00

22.   Remaining Non-Awarded
      Cost Retainer Received               $ N/A

23.   Remaining Non-Awarded
      Other Cost Payments                  $ N/A

24.   TOTAL "NET" AMOUNT
      OF REQUESTED
      DISBURSEMENT                         $0.00

25.   TOTAL NET REQUESTED

AWARD (FEES & COSTS
FOR  FEE APPLICATION)                    $8,750.00

## CASE INFORMATION

| | | |
|---|---|---|
| 1. | Date Case Filed: | June 1, 2007 |
| 2. | Date of Order Approving Professional Employment: | September 5, 2007 (Retroactive to August 6, 2007) |
| 3. | Date Services Commenced: | On or about August 6, 2007 |
| 4. | Date(s) and Source(s) of Retainer: | N/A |
| 5. | Total Amount of Fee Retainer Received: | N/A |
| 6. | Total Amount of Cost Retainer Received: | N/A |
| 7. | Date of Disclosure of Compensation (FRBP 2016): | N/A |
| 8. | Date Plan Filed: | N/A |
| 9. | Date Disclosure Statement Filed: | N/A |
| 10. | Expected Date of Plan Filing: | N/A |
| 11. | Expected Date of Disclosure Statement Filing: | N/A |
| 12. | Have All Quarterly Fees Been Paid to the United States Trustee?: Explanation: | N/A |
| 13. | Have all monthly operating reports been filed?: Explanation: | N/A |

| | | |
|---|---|---|
| 14. | Cash on Hand | Approx. $17,500.00 |
| 15. | Unencumbered Funds on Hand | Approx. $17,500.00 |
| 16. | Accrued Administrative Expenses | $ Unknown |

a.    Attorney Fees
    and Expenses:            $ Unknown - Fee Applications Pending

b.    DIP Obligations:           $ NONE

c.    Accountants Fees
    and Expenses            $ Undetermined

d.    Requested Chapter
    7 Trustee Fee           $ Undetermined

e.    Chapter 11
    Trustee Fee            $ N/A

f.    Other:            $ Total unknown

| | | |
|---|---|---|
| 17. | Total Prior Interim
Professional Fees Awarded | $ N/A |
| 18. | Total Prior Interim
Expenses Awarded: | $N/A |
| 19. | Total Professional Fee
Payments From Other Sources: | $N/A |

    (a)    (Date: _____; $_____)

| | | |
|---|---|---|
| 20. | Total Cost Payments From
Other Sources: | $N/A |

    (a)    (Date: _____; $_____)
    (b)    (Date: _____; $ _____)

**EXHIBIT A - SUMMARY SHEET**

In Re:    ) Chapter 7

Dora A. Rodriguez,    ) 07-09900

   )

Debtor.    ) Hon. Eugene R. Wedoff
   ) Bankruptcy Judge

| | |
|---|---|
| Fees Previously Requested | $-0- |
| Fees Previously Awarded | $-0- |
| Expenses Previously Requested | $-0- |
| Expenses Previously Awarded | $-0- |
| Retainer Paid | $-0- |
| NAME OF APPLICANT: | DiMonte & Lizak, LLC |
| ROLE IN THE CASE: | Role in Case: Counsel for the Trustee |

CURRENT APPLICATION:

| | |
|---|---|
| Fees Requested: | $8,750.00 |
| Expenses Requested: | $   0.00 |
| Total: | $8,750.00 |

**FEE APPLICATION**

| NAMES OF PROFESSIONALS/ APPLICATION PARAPROFESSIONALS | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL |
|---|---|---|---|---|
| **ATTORNEYS** | | | | |
| Ira P. Goldberg (Developmental Partner) | 1983 | 33.80 | $295.00-$310.00 | $10,322.00 |
| Richard L. Laubenstein (Developmental Partner) | 1986 | 0.50 | $300.00 | $150.00 |
| Total: | | 34.30 | | $10,472.00 |
| Less Voluntary Reduction | | | | $(1,722.00) |
| | | | | $8,750.00 |
| **TOTAL BLENDED HOURLY RATE:** | | | | $255.10 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

November 7, 2008

RICHARD J MASON
MCGUIRE WOODS LLP
77 W WACKER DR  STE 4100
CHICAGO, IL  60601

Invoice#  0
Client#  RODRD1        00001
Billing through  11/06/2008

---

## CASE ADMINISTRATION
## DORA A RODRIGUEZ  CHAPTER 7

Payments received since last invoice                 $0.00

Balance brought forward                              $0.00

PROFESSIONAL SERVICES

| IPG | 09/05/2007 | | 1.40 | 1.40 | 295.00 | 413.00 |
|-----|------------|---|------|------|--------|--------|
| 09/05/2007 | IPG | Prepared for(.40) and appeared on Motion to Retain counsel(1.00) | | 1.40 hrs. | | 413.00 |
| IPG | 07/14/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 07/14/2008 | IPG | Correspond with Trustee's paralegal about status of case | | 0.20 hrs. | | 62.00 |
| IPG | 07/30/2008 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 07/30/2008 | IPG | Reviewing file(.20) and Correspond with Trustee and his paralegal about whether the estate has disbursed to Coldwell Banker and about whether the services of an accountant are required(.20) | | 0.40 hrs. | | 124.00 |
| IPG | 08/14/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 08/14/2008 | IPG | Correspond with Trustee regarding payment due Coldwell Banker and whether he desires an accountant | | 0.20 hrs. | | 62.00 |
| IPG | 08/19/2008 | | 0.30 | 0.30 | 310.00 | 93.00 |
| 08/19/2008 | IPG | Review file(.20) and follow up with K McFarland paralegal for Trustee related to the following: a) payment due to Coldwell Banker; b) the trustee's position on the need, if any, for an accountant and related issues(.10) | | 0.30 hrs. | | 93.00 |
| IPG | 08/20/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 08/20/2008 | IPG | Further correspondence with K McFarland related to monies due Coldwell Banker and accountant issue | | 0.20 hrs. | | 62.00 |
| IPG | 08/26/2008 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 08/26/2008 | IPG | Correspond with Barry Steinberg to inquire whether accounting services are necessary for this estate(.20); reviewing file related to creditor's list | | 0.60 hrs. | | 186.00 |

EXHIBIT
B

and other matters(.40)

| IPG | 08/27/2008 | | 1.40 | 1.40 | 310.00 | 434.00 |
|---|---|---|---|---|---|---|
| 08/27/2008 | IPG | Reviewing file regarding relevant facts concerning the real estate(.40); Correspond with Barry Steinberg at length regarding facts of case-his inclination was that the Trustee had no tax exposure for the estate related to the sale of the debtor's half interest in the home to the brother(1.00) | 1.40 hrs. | | | 434.00 |
| IPG | 08/28/2008 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 08/28/2008 | IPG | Reviewing further correspondence from B Steinberg regarding what appears to be no tax exposure | 0.40 hrs. | | | 124.00 |
| IPG | 09/05/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 09/05/2008 | IPG | Follow up with K McFarland regarding status of dispersal | 0.20 hrs. | | | 62.00 |

TOTAL PROFESSIONAL SERVICES      $1,622.00

Billing Summary

| | | |
|---|---|---|
| Total professional services | $1,622.00 | |
| Total of new charges for this invoice | $1,622.00 | |

**Total balance now due**      **$1,622.00**

| | | | | |
|---|---|---|---|---|
| IPG | 5.30 | 306.04 | $1,622.00 | |
| | 5.30 | | $1,622.00 | |

**DiMONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

November 8, 2008

RICHARD J MASON
MCGUIRE WOODS LLP
77 W WACKER DR  STE 4100
CHICAGO, IL  60601

Invoice#  0
Client#  RODRD1      00002
Billing through  11/08/2008

---

**CREDITORS & CLAIMS**
**DORA A RODRIGUEZ  CHAPTER 7**

Payments received since last invoice                  $0.00

Balance brought forward                                $0.00

PROFESSIONAL SERVICES

| | | | | | | |
|---|---|---|---|---|---|---|
| IPG | 07/16/2008 | | 0.30 | 0.30 | 310.00 | 93.00 |
| 07/16/2008 | IPG | Reviewing file(.20) and left message for K McFarland trustee's paralegal to set bar date and to follow up related to the deed(.10) | | 0.30 hrs. | | 93.00 |
| IPG | 07/17/2008 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 07/17/2008 | IPG | Correspond with K McFarland about setting bar date | | 0.40 hrs. | | 124.00 |
| IPG | 07/24/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 07/24/2008 | IPG | Follow up with K McFarland related to bar date | | 0.20 hrs. | | 62.00 |
| IPG | 07/25/2008 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 07/25/2008 | IPG | Reviewing correspondence related to setting bar date(.20) and correspond with Trustee's paralegal, K McFarland regarding same(.20) | | 0.40 hrs. | | 124.00 |
| IPG | 07/26/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 07/26/2008 | IPG | Updating file related to claims bar date and procedures to follow thereafter | | 0.20 hrs. | | 62.00 |
| IPG | 09/02/2008 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 09/02/2008 | IPG | Review proof of claim received on ECF | | 0.10 hrs. | | 31.00 |
| IPG | 11/07/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 11/07/2008 | IPG | Confer with H Stotland for Orix Financial who will withdraw the secured claim and leave the unsecured claim on file | | 0.20 hrs. | | 62.00 |

TOTAL PROFESSIONAL SERVICES                        $558.00

Billing Summary
Total professional services                    $558.00
Total of new charges for this invoice          $558.00

_____

**Total balance now due**                              **$558.00**

|        | IPG | 1.80 | 310.00 | $558.00 |
|--------|-----|------|--------|---------|
|        |     | 1.80 |        | $558.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9500
FEIN: 36-3152797

November 7, 2008

RICHARD J MASON
MCGUIRE WOODS LLP
77 W WACKER DR  STE 4100
CHICAGO, IL  60601

Invoice#  0
Client#  RODRD1        00003
Billing through  11/06/2008

---

## GENERAL DISCOVERY & INVESTIGATION
## DORA A RODRIGUEZ  CHAPTER 7

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

## PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| IPG | 08/06/2007 | | 0.40 | 0.40 | 295.00 | 118.00 |
| 08/06/2007 | IPG | Initial review of file on pacer and pulling documents | | 0.40 hrs. | 118.00 |
| IPG | 08/16/2007 | | 1.00 | 1.00 | 295.00 | 295.00 |
| 08/16/2007 | IPG | Reviewing file(.50); correspond with Matt Shrake to request a ballpark valuation(.20); Correspond with Debtor's counsel to request that he advise as to value, provide last know payoff figures and information on liens(.20); corresponding with Trustee regarding potential assets(.10) | | 1.00 hrs. | 295.00 |
| IPG | 08/20/2007 | | 0.60 | 0.60 | 295.00 | 177.00 |
| 08/20/2007 | IPG | Reviewing file and follow up with debtor's counsel to request Matt Shrake be able to inspect and to request information on encumbrances | | 0.60 hrs. | 177.00 |
| IPG | 08/21/2007 | | 0.70 | 0.70 | 295.00 | 206.50 |
| 08/21/2007 | IPG | Reviewing file(.20) and corresponding with counsel for the debtor regarding value of home and encumbrances thereon(.50) | | 0.70 hrs. | 206.50 |
| IPG | 08/22/2007 | | 0.70 | 0.70 | 295.00 | 206.50 |
| 08/22/2007 | IPG | Correspond with counsel for debtor regarding 1/2 interest in home(.50); follow up with M Shrake in an effort to have him value the home(.20) | | 0.70 hrs. | 206.50 |
| IPG | 08/30/2007 | | 0.50 | 0.50 | 295.00 | 147.50 |
| 08/30/2007 | IPG | Reviewing file regarding potential asset(.40); left messages for Trustee and his paralegal concerning the potential equity in her 1/2 interest in the home(.10) | | 0.50 hrs. | 147.50 |
| IPG | 09/04/2007 | | 0.10 | 0.10 | 295.00 | 29.50 |
| 09/04/2007 | IPG | Confer with Peter Napani, counsel for the debtor | | 0.10 hrs. | 29.50 |

about potential equity in home

| IPG | 09/05/2007 | | 0.20 | 0.20 | 295.00 | | 59.00 |
|---|---|---|---|---|---|---|---|
| 09/05/2007 | IPG | Correspond with Trustee's paralegal regarding valuation of home | | 0.20 | hrs. | | 59.00 |
| IPG | 09/06/2007 | | 0.40 | 0.40 | 295.00 | | 118.00 |
| 09/06/2007 | IPG | Further correspondence with Trustee's paralegal related to potential equity in debtor's half interest in the home(.20); corresponding with M Shrake related to same(.20) | | 0.40 | hrs. | | 118.00 |
| IPG | 09/11/2007 | | 1.20 | 1.20 | 295.00 | | 354.00 |
| 09/11/2007 | IPG | Correspond with M Shrake regarding home(.40); reviewing correspondence and appraisal supplied by debtor's counsel(.40); reviewing Shrake analysis(.20); drafted emails to Trustee regarding same(.20) | | 1.20 | hrs. | | 354.00 |
| IPG | 09/18/2007 | | 0.40 | 0.40 | 295.00 | | 118.00 |
| 09/18/2007 | IPG | Reviewing file(.20) and discussing potential purchase of right , title and interest subject to all liens by the brother Ronis Rodriquez(.20) | | 0.40 | hrs. | | 118.00 |
| IPG | 09/24/2007 | | 0.30 | 0.30 | 295.00 | | 88.50 |
| 09/24/2007 | IPG | Reviewing file(.20) and corresponding with Peter Nabhani regarding home owned with brother and potential offer to buy out the estate's interest by the brother(.10) | | 0.30 | hrs. | | 88.50 |
| IPG | 10/02/2007 | | 0.20 | 0.20 | 295.00 | | 59.00 |
| 10/02/2007 | IPG | Correspond with R Nabhani regarding potential offer from brother | | 0.20 | hrs. | | 59.00 |
| IPG | 10/24/2007 | | 0.30 | 0.30 | 295.00 | | 88.50 |
| 10/24/2007 | IPG | Reviewing file(.20) and correspond with Debtor's counsel related to potential offer from brother and waiver or bid in of debtor's exemption related thereto(.10) | | 0.30 | hrs. | | 88.50 |
| IPG | 10/29/2007 | | 0.70 | 0.70 | 295.00 | | 206.50 |
| 10/29/2007 | IPG | Review correspondence from Peter C. Nabhani(.10); reviewing file related to real estate(.40) and drafted proposal to same regarding potential equity in the home(.20) | | 0.70 | hrs. | | 206.50 |
| IPG | 11/03/2007 | | 0.20 | 0.20 | 295.00 | | 59.00 |
| 11/03/2007 | IPG | Reviewing file related to real estate | | 0.20 | hrs. | | 59.00 |
| IPG | 11/26/2007 | | 0.80 | 0.80 | 295.00 | | 236.00 |
| 11/26/2007 | IPG | Reviewing file(.40) and correspond with P Nabhani and R Habib on behalf of the debtor to see if brother or brother and sister will make an offer for the estate's equity, if any in the jointly held building(.40) | | 0.80 | hrs. | | 236.00 |
| IPG | 12/07/2007 | | 0.10 | 0.10 | 295.00 | | 29.50 |
| 12/07/2007 | IPG | Correspond with P Nabhani and R Habib regarding debtor's home | | 0.10 | hrs. | | 29.50 |

| IPG | 12/20/2007 | | 0.20 | 0.20 | 295.00 | 59.00 |
|-----|-----------|---|------|------|--------|-------|
| 12/20/2007 | IPG | Confer with P Nabhani regarding 1/2 interest in home and brother's intent-he advised the brother should have enough cash in the beginning of 2008 | 0.20 | hrs. | | 59.00 |
| IPG | 01/09/2008 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 01/09/2008 | IPG | Reviewing file(.20)and correspond with Peter Nabhani regarding expected offer from the Debtor's brother(.20) | 0.40 | hrs. | | 124.00 |
| IPG | 01/16/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 01/16/2008 | IPG | Reviewing file and correspond with Peter Nabhani regarding status of potential offer from the debtor's brother | 0.20 | hrs. | | 62.00 |
| IPG | 01/24/2008 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 01/24/2008 | IPG | Correspond with P Nabhani | 0.10 | hrs. | | 31.00 |
| IPG | 01/25/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 01/25/2008 | IPG | Correspondence with Peter Nabhani related to whether debtor's brother will make an offer(he should know by month's end) | 0.20 | hrs. | | 62.00 |
| IPG | 02/04/2008 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 02/04/2008 | IPG | Correspond with P Nabhani regarding debtor's 1/2 interest in home | 0.10 | hrs. | | 31.00 |
| IPG | 02/27/2008 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 02/27/2008 | IPG | Reviewing file and correspond with Debtor's counsel Perter Nabhani regarding real estate | 0.40 | hrs. | | 124.00 |
| IPG | 03/03/2008 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 03/03/2008 | IPG | Review correspondence from P Nabhani(.20) and respond to same regarding 1/2 interest in real estate(.20) | 0.40 | hrs. | | 124.00 |
| IPG | 03/13/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 03/13/2008 | IPG | Correspond with P Nabhani related to brother's offer | 0.20 | hrs. | | 62.00 |
| IPG | 03/17/2008 | | 1.50 | 1.50 | 310.00 | 465.00 |
| 03/17/2008 | IPG | Reviewing file related to real estate(.50); correspond with R Habib related to same(.10); began working on draft sale Motion(.50) and draft agreed order related to same(.40) | 1.50 | hrs. | | 465.00 |
| IPG | 03/18/2008 | | 0.70 | 0.70 | 310.00 | 217.00 |
| 03/18/2008 | IPG | Reviewing file(.10) related to real estate and confer with P Nabhani's office to request information related to Washington Mutual(.10); reviewing and revising draft Motion and draft Agreed Order related to potential sale of equity in home to R Rodriguez(.50) | 0.70 | hrs. | | 217.00 |
| IPG | 03/20/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 03/20/2008 | IPG | Review correspondence from P Nabhani(.10) and respond to same(.10) related to potential purchase of debtor's right title and interest in home owned with brother | 0.20 | hrs. | | 62.00 |

RODRD1    RODRIGUEZ, DORA A    Invoice#    0    Page    4

| IPG | 03/25/2008 | | 0.10 | 0.10 | 310.00 | 31.00 |
|---|---|---|---|---|---|---|
| 03/25/2008 | IPG | Met with P Nabhani regarding documentation and loan payoff information needed | 0.10 hrs. | | | 31.00 |

| IPG | 04/04/2008 | | 0.90 | 0.90 | 310.00 | 279.00 |
|---|---|---|---|---|---|---|
| 04/04/2008 | IPG | Continued work on draft sale Motion and Draft Agreed Order(.50); drafting cover email transmitting draft Motion and proposed Agreed Order to counsel for Debtor (.40) | 0.90 hrs. | | | 279.00 |

| IPG | 04/08/2008 | | 0.30 | 0.30 | 310.00 | 93.00 |
|---|---|---|---|---|---|---|
| 04/08/2008 | IPG | Review file(.20) and Follow up with P Nabhani related to real estate matter(.10) | 0.30 hrs. | | | 93.00 |

| IPG | 04/11/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
|---|---|---|---|---|---|---|
| 04/11/2008 | IPG | Reviewing file and left message for P Nabhani regarding his progress on the proposed Agreed Order and related Motion to sell. | 0.20 hrs. | | | 62.00 |

| IPG | 04/29/2008 | | 0.50 | 0.50 | 310.00 | 155.00 |
|---|---|---|---|---|---|---|
| 04/29/2008 | IPG | Reviewing file related to correspondence with Debtor's counsel related to interest in home(.40); drafted follow up email to Peter Nabhani, debtor's counsel, related to proposed deal and draft agreed order sent to same for signatures(.10) | 0.50 hrs. | | | 155.00 |

| IPG | 05/02/2008 | | 0.50 | 0.50 | 310.00 | 155.00 |
|---|---|---|---|---|---|---|
| 05/02/2008 | IPG | Reviewing correspondence with signed agreed orders(.10); dictate instructions for service on Motion to Approve Sale of Debtor's half interest(.20); correspond with Debtor's counsel related to earnest money that is due(.20) | 0.50 hrs. | | | 155.00 |

| IPG | 05/07/2008 | | 0.10 | 0.10 | 310.00 | 31.00 |
|---|---|---|---|---|---|---|
| 05/07/2008 | IPG | Correspond with P Nabhani regarding check to be tendered to Trustee | 0.10 hrs. | | | 31.00 |

| IPG | 05/08/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
|---|---|---|---|---|---|---|
| 05/08/2008 | IPG | Review email from P Habib related to expected good faith payment(.10); drafted email to same(.10) | 0.20 hrs. | | | 62.00 |

| IPG | 05/12/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
|---|---|---|---|---|---|---|
| 05/12/2008 | IPG | Review correspondence from Debtor's counsel related to expected good faith payment pending court approval(.10); correspond with R Mason, the trustee herein,  regarding same(.10) | 0.20 hrs. | | | 62.00 |

| IPG | 05/13/2008 | | 0.10 | 0.10 | 310.00 | 31.00 |
|---|---|---|---|---|---|---|
| 05/13/2008 | IPG | Follow up with debtors' counsel related to good faith payment to Trustee which is expected to be made today | 0.10 hrs. | | | 31.00 |

| IPG | 05/15/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
|---|---|---|---|---|---|---|
| 05/15/2008 | IPG | Follow up with K McFarland who advised that the good faith funds were received | 0.20 hrs. | | | 62.00 |

| IPG | 05/27/2008 | | 1.30 | 1.30 | 310.00 | 403.00 |
|---|---|---|---|---|---|---|
| 05/27/2008 | IPG | Reviewing docket related to matters relevant to the Motion to Sell up tomorrow(.80) and initial review of same(.50) | 1.30 hrs. | | | 403.00 |

| | | | | | |
|---|---|---|---|---|---|
| **IPG** | **05/28/2008** | | **1.80** | **1.80** | **310.00** | **558.00** |

| 05/28/2008 | IPG | Prepared for(.40) and appeared on Motion to Sell(.50); confer with P Nabhani prior to same(.10); drafted email to Trustee regarding same(.40); drafted email to Peter Nabhani related to R Laubenstein's work on quit claim deed and the fact Ronis Rodriquez will be responsible to record same and pay all costs related thereto and further suggested they obtain a certified copy of the order(.20); confer with R Laubenstein related to the work he is to do regarding same(.20) | 1.80 hrs. | 558.00 |

**RWL    11/06/2008    0.50    0.50    300.00    150.00**

| 05/28/2008 | RWL | Prepare quit claim deed per Ira P. Goldberg's request. | 0.50 hrs. | 150.00 |

**IPG    05/30/2008    0.40    0.40    310.00    124.00**

| 05/30/2008 | IPG | Reviewing file related to real estate sale Motion | 0.40 hrs. | 124.00 |

**IPG    06/05/2008    0.20    0.20    310.00    62.00**

| 06/05/2008 | IPG | Follow up related to status of quit claim deed with R Laubenstein | 0.20 hrs. | 62.00 |

**IPG    06/06/2008    0.50    0.50    310.00    155.00**

| 06/06/2008 | IPG | Work related to revisions to draft trustee's deed | 0.50 hrs. | 155.00 |

**IPG    06/09/2008    1.00    1.00    310.00    310.00**

| 06/09/2008 | IPG | Reviewing draft deed and revising same(.60); correspond with R Mason related to same(.40) | 1.00 hrs. | 310.00 |

**IPG    06/13/2008    0.30    0.30    310.00    93.00**

| 06/13/2008 | IPG | Reviewing correspondence to Trustee(.20); drafted follow up related to setting bar date and the execution of the deed to forward to P Nabhani(.10) | 0.30 hrs. | 93.00 |

**IPG    06/19/2008    0.40    0.40    310.00    124.00**

| 06/19/2008 | IPG | Reviewing file(.20) and Follow up with R Mason's office related to the deed to Ronis which is to be sent to Peter Nabhani(.20) | 0.40 hrs. | 124.00 |

**IPG    06/23/2008    0.20    0.20    310.00    62.00**

| 06/23/2008 | IPG | Follow up with C Gunderson and K McFarland regarding deed and the setting of a bar date | 0.20 hrs. | 62.00 |

**IPG    07/17/2008    0.30    0.30    310.00    93.00**

| 07/17/2008 | IPG | Reviewing correspondence from the Trustee's paralegal related to deed and setting bar date(.20); Review correspondence from Trustee to P Nabhani related to real estate deed(.10) | 0.30 hrs. | 93.00 |

**IPG    07/24/2008    0.60    0.60    310.00    186.00**

| 07/24/2008 | IPG | Review file(.40) and follow up with K McFarland regarding payment due to Coldwell Banker and real estate sale(.20) | 0.60 hrs. | 186.00 |

TOTAL PROFESSIONAL SERVICES            $7,362.00

Billing Summary
Total professional services                  $7,362.00
Total of new charges for this invoice         $7,362.00

**Total balance now due**                    **$7,362.00**

| | | | |
|---|---|---|---|
| IPG | 23.70 | 304.30 | $7,212.00 |
| RWL | 0.50 | 300.00 | $150.00 |
| | 24.20 | | $7,362.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

November 8, 2008

| | |
|---|---|
| | Invoice#   0 |
| RICHARD J MASON | Client#   RODRD1        00028 |
| MCGUIRE WOODS LLP | Billing through   11/08/2008 |
| 77 W WACKER DR  STE 4100 | |
| CHICAGO, IL  60601 | |

---

**CLOSING OF CASE**
**DORA A RODRIGUEZ  CHAPTER 7**

Payments received since last invoice                $0.00

Balance brought forward                             $0.00

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| IPG | 11/07/2008 | | 3.00 | 3.00 | 310.00 | 930.00 |
| 11/07/2008 | IPG | Anticipated time for 1) additional work related to the preparation and presentation of a first and final fee application; 2) discussions with the Trustee and parties in interest related to the closing of this case; and 3) appearance (s) related to the anticipated closing of this case. | 3.00 hrs. | | 930.00 |

TOTAL PROFESSIONAL SERVICES                                    $930.00

Billing Summary
Total professional services                    $930.00
Total of new charges for this invoice          $930.00

**Total balance now due**                      **$930.00**

| | | | |
|---|---|---|---|
| IPG | 3.00 | 310.00 | $930.00 |
| | 3.00 | | $930.00 |