UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| IN RE: | ) | CHAPTER 7 CASE |
|---|---|---|
| | ) | |
| **RODRIGUEZ, DORA A** | ) | Case No. 07-09900 |
| | ) | |
| | ) | |
| Debtor. | ) | HON. EUGENE R. WEDOFF |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON ABANDONMENT

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

| At: | United States Bankruptcy Court<br>219 South Dearborn Street, Courtroom 744<br>Chicago, Illinois 60604 |
|---|---|
| On: | **April 22, 2009    Time:  10:00 a.m.** |

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| Receipts | $17,515.44 |
|---|---|
| Disbursements | $300.00 |
| Net Cash Available for Distribution | $17,215.44 |

4. Applications and Claims for Chapter 7 Fees and Administrative Expenses have been filed as follows:

| **Applicant** | **Compensation and Expenses Previously Paid** | **Fees Now Requested** | **Expenses Now Requested** |
|---|---|---|---|
| Richard J. Mason (Trustee Fees) | $ 0.00 | $2,501.52 | $ 0.00 |
| DiMonte & Lizak, LLC (Counsel) | $0.00 | $8,750.00 | $0.00 |

5. Applications for Chapter 11 Fees and Administrative expenses previously approved by order of this Court: $0.00

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority wage claims totaling $ 0.00 and priority tax claims totaling $ 0.00 must be paid in full for there to be any dividend to general unsecured creditors. The wage claim priority dividend is anticipated to be 0.00% and the tax claim priority dividend is anticipated to be 0.00%.

      Allowed priority wage claims are as follows:

      None.

      Allowed priority tax claims are as follows:

      None.

7.    Claims of general unsecured creditors totaling $78,180.24 have been allowed and will be paid only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 7.6284237%.

| Claim Number | Creditor | Allowed Amount | Dividend |
|---|---|---|---|
| 1 | Orix Financial Services Inc | $77,488.57 | $5,911.15 |
| 3 | LVNV Funding LLC | $691.67 | $52.76 |

8.    Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has been discharged.

11.    The Trustee proposes to abandon the following property at the hearing: None.

Dated : **March 27, 2009**                For the Court,

                                          By: **KENNETH S. GARDNER**
                                               Kenneth S. Gardner
                                               Clerk of the U.S. Bankruptcy Court
                                               219 So. Dearborn Street; 7th Floor
                                               Chicago, IL  60604

Trustee:       Richard J. Mason, P.C.
Address:     McGuireWoods LLP
                 77 West Wacker Drive
                 Suite # 4100
                 Chicago, IL  60601-1815
                 (312) 849-8100

**SERVICE LIST**

**DORA A. RODRIGUEZ**
**07-09900**

Richard J. Mason
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL  60601-1818

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL  60068