UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL  60604

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| | ) | |
| **RODRIGUEZ, DORA A** | ) | **Case No. 07-09900** |
| | ) | |
| | ) | |
| **Debtor.** | ) | **HON. EUGENE R. WEDOFF** |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON ABANDONMENT

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

   | At: | United States Bankruptcy Court<br>219 South Dearborn Street, Courtroom 744<br>Chicago, Illinois 60604 |
   |---|---|
   | On: | **April 22, 2009     Time:  10:00 a.m.** |

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | Receipts | $17,515.44 |
   |---|---|
   | Disbursements | $300.00 |
   | Net Cash Available for Distribution | $17,215.44 |

4. Applications and Claims for Chapter 7 Fees and Administrative Expenses have been filed as follows:

   | **Applicant** | **Compensation and Expenses Previously Paid** | **Fees Now Requested** | **Expenses Now Requested** |
   |---|---|---|---|
   | Richard J. Mason (Trustee Fees) | $ 0.00 | $2,501.52 | $ 0.00 |
   | DiMonte & Lizak, LLC (Counsel) | $0.00 | $8,750.00 | $0.00 |

5. Applications for Chapter 11 Fees and Administrative expenses previously approved by order of this Court: $0.00

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority wage claims totaling $ 0.00 and priority tax claims totaling $ 0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The wage claim priority dividend is anticipated to be 0.00% and the tax claim priority dividend is anticipated to be 0.00%.

       Allowed priority wage claims are as follows:

       None.

       Allowed priority tax claims are as follows:

       None.

7. Claims of general unsecured creditors totaling $78,180.24 have been allowed and will be paid only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 7.6284237%.

| Claim Number | Creditor | Allowed Amount | Dividend |
|---|---|---|---|
| 1 | Orix Financial Services Inc | $77,488.57 | $5,911.15 |
| 3 | LVNV Funding LLC | $691.67 | $52.76 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing: None.

Dated : **March 27, 2009**    For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: Richard J. Mason, P.C.
Address: McGuireWoods LLP
77 West Wacker Drive
Suite # 4100
Chicago, IL 60601-1815
(312) 849-8100

**SERVICE LIST**

**DORA A. RODRIGUEZ**
**07-09900**

Richard J. Mason
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL  60601-1818

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL  60068

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Mar 27, 2009
Case: 07-09900                 Form ID: pdf002              Total Served: 22

The following entities were served by first class mail on Mar 29, 2009.
db           +Dora A Rodriguez,    2634 N. 72nd Court,    Elmwood Park, IL 60707-1650
aty          +Ira P Goldberg,    DiMonte & Lizak, LLC,    216 Higgins Road,    Park Ridge, IL 60068-5706
aty          +Robert A. Habib,    Law Office of Robert Habib,    77 W. Washington Street,    Suite 411,
               Chicago, Il 60602-3325
tr           +Richard J Mason,    McGuire Woods LLP,    77 West Wacker Drive,    Suite 4100,
               Chicago, IL 60601-1818
11447350    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:    AmeriCredit,     PO Box 183853,    Arlington, TX 76096)
11447359     +Cavalry Portfolio,    4050 E Cotton Center Blv,    Phoenix, AZ 85040-8861
11447346     +Centurion Capital,    c/o Wexler & Wexler,    500 W Madison #2910,    Chicago, IL 60661-4571
11447358     +Citi BP Oil,    PO Box 6033,    Hagerstown, MD 21747-6033
11447357     +KCA Financial,    628 North St,    Geneva, IL 60134-1356
11447354     +Midland,    8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
11447356     +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
11445891     +ORIX FINANCIAL SERVICES INC,    fka Orix Credit Alliance Inc,    Teller Levit & Silvertrust PC,
               11 E Adams St #800,    Chicago, IL 60603-6369
11447351     +Pentagroup Financial,    5959 Corporate Dr Ste 14,    Houston, TX 77036-2302
11447348     +RJM Acquisitions,    c/o Blitt & Gaines PC,    661 Glenn Ave,    Wheeling, IL 60090-6017
11447361     +Raymond T Burke,    2634 N 72nd Court,    Elmwood Park, IL 60707-1650
11447347     +Retailors National,    c/o Meyer & NJUS PA,    134 N LaSalle,    Chicago, IL 60602-1086
11447360     +Ronis J Rodriguez,    2634 N 72nd Court,    Elmwood Park, IL 60707-1650
11447355      Sears/CBSD,    133200 Smith Rd,    Cleveland, OH 44130
11447352      Unifund,    10825 Techwoods Circle,    Cincinnati, OH 45242
11447349      Washington Mutual,    PO Box 9001123,    Louisville, KY 40290-1123

The following entities were served by electronic transmission on Mar 28, 2009.
12563112      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank USA,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11447353     +E-mail/Text: ebn@phinsolutions.com                           RJM ACQ LLC,    575 Underhill Blvd,
               Suite 2,    Syosset, NY 11791-3426
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 29, 2009**               **Signature:**     *Joseph Speetjens*