# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: RODRIGUEZ, DORA A | § Case No. 07-09900 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD J. MASON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $5,963.92 | Claims Discharged Without Payment: $72,216.32 |
| Total Expenses of Administration: $11,551.52 | |

3) Total gross receipts of $ 17,515.44 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $17,515.44 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $77,488.57 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 11,551.54 | 11,551.54 | 11,551.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 78,180.24 | 78,180.24 | 5,963.92 |
| **TOTAL DISBURSEMENTS** | $0.00 | $167,220.35 | $89,731.78 | $17,515.44 |

4) This case was originally filed under Chapter 7 on June 01, 2007.
. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/31/2009            By: /s/RICHARD J. MASON
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| CASH ON HAND | 1110-000 | 17,500.00 |
| Interest Income | 1270-000 | 15.44 |
| **TOTAL GROSS RECEIPTS** | | **$17,515.44** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ORIX FINANCIAL SERVICES INC | 4110-000 | N/A | 77,488.57 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$77,488.57** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (4/1/2009)

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 2,501.54 | 2,501.54 | 2,501.52 |
| Coldwell Banker Residential Brokerage | 3711-000 | N/A | 300.00 | 300.00 | 300.00 |
| DiMonte & Lizak, LLC | 3210-000 | N/A | 8,750.00 | 8,750.00 | 8,750.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $11,551.54 | $11,551.54 | $11,551.52 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ORIX FINANCIAL SERVICES INC | 7100-000 | N/A | 77,488.57 | 77,488.57 | 5,911.15 |
| LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 691.67 | 691.67 | 52.77 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | |
|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | $0.00 | $78,180.24 | $78,180.24 | $5,963.92 |

UST Form 101-7-TDR (4/1/2009)

# EXHIBIT 8

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 07-09900  
Case Name: RODRIGUEZ, DORA A  

Trustee: (330470) RICHARD J. MASON  
Filed (f) or Converted (c): 06/01/07 (f)  
§341(a) Meeting Date: 07/02/07  
Claims Bar Date:  

Period Ending: 07/31/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 10.00 | 0.00 | | 17,500.00 | FA |
| 2 | CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 600.00 | 600.00 | | 0.00 | FA |
| 4 | BOOKS AND ART OBJECTS | 200.00 | 200.00 | | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 300.00 | 300.00 | | 0.00 | FA |
| 6 | AUTOMOBILES AND OTHER VEHICLES | 10,615.00 | 10,615.00 | | 0.00 | FA |
| 7 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 500.00 | 500.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 15.44 | Unknown |
| 8 | Assets Totals (Excluding unknown values) | $13,725.00 | $13,715.00 | | $17,515.44 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):  Current Projected Date Of Final Report (TFR):

Printed: 07/31/2009 05:12 PM  V.11.20

# EXHIBIT 9

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-09900
**Case Name:** RODRIGUEZ, DORA A

**Taxpayer ID #:** 13-7601945
**Period Ending:** 07/31/09

**Trustee:** RICHARD J. MASON (330470)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****12-65 - Money Market Account
**Blanket Bond:** N/A
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/20/08 | {1} | Ronis Rodriguez | Buyout of Debtor's Interest | 1110-000 | 17,500.00 | | 17,500.00 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.64 | | 17,500.64 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.22 | | 17,502.86 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.22 | | 17,505.08 |
| 08/19/08 | 1001 | Coldwell Banker Residential Brokerage | | 3711-000 | | 300.00 | 17,205.08 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.08 | | 17,207.16 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.26 | | 17,209.42 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.87 | | 17,211.29 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.35 | | 17,212.64 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.22 | | 17,213.86 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 17,214.56 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 17,215.21 |
| 03/10/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.23 | | 17,215.44 |
| 03/10/09 | | To Account #********1266 | | 9999-000 | | 17,215.44 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 17,515.44 | 17,515.44 | $0.00 |
| Less: Bank Transfers | 0.00 | 17,215.44 | |
| Subtotal | 17,515.44 | 300.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $17,515.44 | $300.00 | |

{} Asset reference(s)

Printed: 07/31/2009 05:12 PM    V.11.20

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-09900  
**Case Name:** RODRIGUEZ, DORA A

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****12-66 - Checking Account

**Taxpayer ID #:** 13-7601945  
**Period Ending:** 07/31/09

**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/09 |  | From Account #********1265 |  | 9999-000 | 17,215.44 |  | 17,215.44 |
| 05/04/09 | 101 | RICHARD J. MASON |  | 2100-000 |  | 2,501.52 | 14,713.92 |
| 05/04/09 | 102 | DiMonte & Lizak, LLC |  | 3210-000 |  | 8,750.00 | 5,963.92 |
| 05/05/09 | 103 | ORIX FINANCIAL SERVICES INC<br>fka Orix Credit Alliance Inc. |  | 7100-000 |  | 5,911.15 | 52.77 |
| 05/05/09 | 104 | LVNV Funding LLC its successors<br>and assigns as | Voided on 05/05/09 | 7100-000 |  | 52.76 | 0.01 |
| 05/05/09 | 104 | LVNV Funding LLC its successors<br>and assigns as | Voided: check issued on 05/05/09 | 7100-000 |  | -52.76 | 52.77 |
| 05/05/09 | 105 | LVNV Funding LLC its successors<br>and assigns as |  | 7100-000 |  | 52.77 | 0.00 |
|  |  | **ACCOUNT TOTALS** |  |  | 17,215.44 | 17,215.44 | $0.00 |
|  |  | Less: Bank Transfers |  |  | 17,215.44 | 0.00 |  |
|  |  | **Subtotal** |  |  | 0.00 | 17,215.44 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$0.00** | **$17,215.44** |  |

{} Asset reference(s)

Printed: 07/31/2009 05:12 PM    V.11.20

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 07-09900
**Case Name:** RODRIGUEZ, DORA A

**Trustee:** RICHARD J. MASON (330470)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****12-67 - Money Market Account

**Taxpayer ID #:** 13-7601945
**Period Ending:** 07/31/09

**Blanket Bond:** N/A
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****12-65 | 17,515.44 | 300.00 | 0.00 |
| Checking # ***-*****12-66 | 0.00 | 17,215.44 | 0.00 |
| MMA # ***-*****12-67 | 0.00 | 0.00 | 0.00 |
| | $17,515.44 | $17,515.44 | $0.00 |

{} Asset reference(s)

Printed: 07/31/2009 05:12 PM   V.11.20